DARRYL P. RAINS (CA SBN 104802)
K.C. ALLAN WALDRON (CA SBN 231866)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email: DRains@mofo.com; KCWaldron@mofo.com

STUART C. PLUNKETT (CA SBN 187971)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: SPlunkett@mofo.com

Attorneys for Defendants
Schwab Investments, Charles Schwab & Co., Inc., Charles
Schwab Investment Management, Inc., and
Schwab Total Bond Market Fund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHSTAR FINANCIAL ADVISORS INC. on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHWAB INVESTMENTS, CHARLES SCHWAB & CO., INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., and SCHWAB TOTAL BOND MARKET FUND,<br><br>Defendants. | Case No.   CV-08-4119 SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

1  WHEREAS, Plaintiff commenced this Action by filing a complaint dated August 23, 2008
2  (the "Complaint");
3  WHEREAS, the Complaint asserts claims under section 13(a) of the Investment Company
4  Act of 1940 as well as state law claims for breach of fiduciary duty, breach of contract, and
5  breach of the covenant of good faith and fair dealing on behalf of a purported class;
6  WHEREAS, defendants' response date in this action is currently November 7, 2008, and
7  this is the first request made for an extension of time;
8  WHEREAS, defendants intend to file a motion to dismiss the Complaint;
9  WHEREAS, the parties met and conferred about a mutually agreeable briefing schedule in
10  light of holiday schedules and the time required to prepare briefs related to a motion to dismiss;
11  WHEREAS, the parties have agreed to a schedule that extends the parties' time to file
12  briefs related to defendants' motion to dismiss; and
13  WHEREAS, the parties intend to request that a hearing on the motion to dismiss be held
14  on January ~~9~~ 16, 2009.
15  IT IS HEREBY STIPULATED AND AGREED among the undersigned parties as
16  follows:
17  1.  Defendants shall respond to the Complaint by November 20, 2008;
18  2.  Plaintiffs shall file an opposition by December 11, 2008; and
19  3.  Defendants shall file a reply brief by December 23, 2008.
20  SO STIPULATED.
21  ///

The initial case management conference has been continued to Friday, February 6, 2009, at 2:00 p.m.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT, 1
CASE NO. CV-08-4119 SI
pa-1288008

| | | |
|---|---|---|
| 1 | Dated: October 10, 2008 | DARRYL P. RAINS |
| 2 | | STUART C. PLUNKETT |
| | | K.C. ALLAN WALDRON |
| 3 | | MORRISON & FOERSTER LLP |

Dated: October 10, 2008      DARRYL P. RAINS
STUART C. PLUNKETT
K.C. ALLAN WALDRON
MORRISON & FOERSTER LLP

By:   /s/ Darryl P. Rains
      Darryl P. Rains

Attorneys for Defendants

SCHWAB INVESTMENTS, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., AND SCHWAB TOTAL BOND MARKET FUND

Dated: October 10, 2008      CHRISTOPHER HEFFELFINGER
BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO

By:   /s/ Christopher Heffelfinger
      Christopher Heffelfinger

<u>Of Counsel:</u>

Robert C. Finkel
WOLF POPPER LLP
845 Third Avenue
New York, New York 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093

Marc J. Gross
GREENBAUM ROWE SMITH & DAVIS, LLP
75 Livingston Street, Suite 301
Roseland, New Jersey 07068
Telephone: (973) 535-1600
Facsimile: (973) 535-1698

Attorneys for Plaintiff
NORTHSTAR FINANCIAL ADVISORS INC.

IT IS SO ORDERED.

Dated: October _____, 2008

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT,
CASE NO. CV-08-4119 SI
pa-1288008

2

I, Darryl P. Rains, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time to Respond to Complaint. In compliance with General Order 45, X.B., I hereby attest that Christopher Heffelfinger has concurred in this filing.

Dated: October 10, 2008      MORRISON & FOERSTER LLP

By:   /s/ Darryl P. Rains
         Darryl P. Rains

Attorney for Defendants