Joseph J. Tabacco, Jr. (75484)
jtabacco@bermanesq.com
Christopher Heffelfinger (118058)
cheffelfinger@bermanesq.com
James C. Magid (233043)
jmagid@bermanesq.com
**BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

RECEIVED
08 NOV -5 AM 11:06

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHSTAR FINANCIAL ADVISORS, INC., on Behalf of Itself and all Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>SCHWAB INVESTMENTS, CHARLES SCHWAB & CO., INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., and SCHWAB TOTAL BOND MARKET FUND,<br><br>Defendants. | Case No. C-08-4119 SI<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ROBERT C. FINKEL AS ATTORNEY *PRO HAC VICE*** |

[C-08-00832 PVT] [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ROBERT C. FINKEL AS ATTORNEY *PRO HAC VICE*

1  Robert C. Finkel, an active member in good standing of the bar of New York, whose
2  business address and telephone number are:

3  Wolf Popper LLP
4  845 Third Avenue
   New York, NY 10022
5  Telephone: (212) 759-4600
   Facsimile: (212) 486-2093
6

7  having applied in the above-entitled action for admission to practice in the Northern District of
8  California on a *pro hac vice* basis, representing plaintiff,

9  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
10 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
11 *vice*. Service of papers upon and communication with co-counsel designated in the application will
12 constitute notice to the party. All future filings in this action are subject to the requirements
13 contained in General Order No. 45, Electronic Case Filing.

15 DATED: _____

   *[signature: Susan Illston]*

16 HONORABLE SUSAN ILLSTON
   UNITED STATES DISTRICT COURT JUDGE

[C-08-00832 PVT] [PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF ROBERT C. FINKEL AS ATTORNEY *PRO HAC VICE*                    1