**ORIGINAL**

1  Joseph J. Tabacco, Jr. (75484)
   jtabacco@bermanesq.com
2  Christopher Heffelfinger (118058)
   cheffelfinger@bermanesq.com
3  James C. Magid (233043)
   jmagid@bermanesq.com
4  **BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
5  425 California Street, Suite 2100
   San Francisco, CA 94104
6  Telephone: (415) 433-3200
   Facsimile: (415) 433-6382
7



RECEIVED
NOV 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8              **UNITED STATES DISTRICT COURT**
9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 NORTHSTAR FINANCIAL ADVISORS,        )  Case No. C-08-4119 SI
   INC., on Behalf of Itself and all Others )
12 Similarly Situated,                   )  CLASS ACTION
                                         )
13              Plaintiff,               )  **[PROPOSED] ORDER GRANTING**
   v.                                    )  **APPLICATION FOR ADMISSION OF**
14                                       )  **BRYAN D. PLOCKER AS ATTORNEY**
   SCHWAB INVESTMENTS, CHARLES           )  ***PRO HAC VICE***
15 SCHWAB & CO., INC., CHARLES           )
   SCHWAB INVESTMENT                     )
16 MANAGEMENT, INC., and SCHWAB          )
   TOTAL BOND MARKET FUND,               )
17              Defendants.              )
                                         )
18

19

20

21

22

23

24

25

26

27

28

[C-08-4119 SI] [PROPOSED] ORDER GRANTING APPLICATION FOR
ADMISSION OF BRYAN D. PLOCKER AS ATTORNEY *PRO HAC VICE*

Bryan D. Plocker, an active member in good standing of the bar of New Jersey, whose business address and telephone number are:

Greenbaum Rowe Smith & Davis LLP
Metro Corporate Campus One
99 Wood Avenue South
Iselin, NJ 08830-2712
Telephone: (732) 549-5600
Facsimile: (732) 549-1881

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing plaintiff,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

DATED: _____     _____
                            HONORABLE SUSAN ILLSTON
                            UNITED STATES DISTRICT COURT JUDGE