ORIGINAL

Joseph J. Tabacco, Jr. (75484)
jtabacco@bermanesq.com
Christopher Heffelfinger (118058)
cheffelfinger@bermanesq.com
James C. Magid (233043)
jmagid@bermanesq.com
**BERMAN DEVALERIO PEASE TABACCO**
**BURT & PUCILLO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

RECEIVED
NOV 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
NOV 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHSTAR FINANCIAL ADVISORS, INC., on Behalf of Itself and all Others Similarly Situated,<br><br>                        Plaintiff,<br>v.<br><br>SCHWAB INVESTMENTS, CHARLES SCHWAB & CO., INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., and SCHWAB TOTAL BOND MARKET FUND,<br>                        Defendants. | Case No. C-08-4119 SI<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF MARC J. GROSS AS ATTORNEY *PRO HAC VICE*** |

[C-08-4119 SI] [PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF MARC J. GROSS AS ATTORNEY *PRO HAC VICE*

1   Marc J. Gross, an active member in good standing of the bar of New Jersey, whose business
2   address and telephone number are:

3   Greenbaum Rowe Smith & Davis LLP
4   75 Livingston Avenue, Suite 301
    Roseland, NJ 07068
5   Telephone: (973) 535-1600
    Facsimile: (973) 535-1698
6

7   having applied in the above-entitled action for admission to practice in the Northern District of
8   California on a *pro hac vice* basis, representing plaintiff,

9   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
10  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
11  *vice*. Service of papers upon and communication with co-counsel designated in the application will
12  constitute notice to the party. All future filings in this action are subject to the requirements
13  contained in General Order No. 45, Electronic Case Filing.

14
15  DATED: _____             _____
16                                     HONORABLE SUSAN ILLSTON
                                       UNITED STATES DISTRICT COURT JUDGE

[C-08-4119 SI] [PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF MARC J. GROSS AS ATTORNEY *PRO HAC VICE*                              1