DARRYL P. RAINS (CA SBN 104802)
K.C. ALLAN WALDRON (CA SBN 231866)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email: DRains@mofo.com; KCWaldron@mofo.com

DOROTHY L. FERNANDEZ (CA SBN 184266)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: DFernandez@mofo.com

Attorneys for defendants Schwab Investments, Charles
Schwab & Co., Inc., Charles Schwab Investment Management,
Inc., and Schwab Total Bond Market Fund

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHSTAR FINANCIAL ADVISORS, INC., on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SCHWAB INVESTMENTS, CHARLES SCHWAB & CO., INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., and SCHWAB TOTAL BOND MARKET FUND, <br><br> Defendants. | Case No.   CV-08-4119 SI <br><br> CLASS ACTION <br><br> [PROPOSED] ORDER GRANTING MOTION TO CHANGE TIME <br><br> Court: 10 <br> Judge: Hon. Susan Illston <br><br> Date Action Filed:  Aug. 23, 2008 |

1  This matter comes before the Court on Defendants' Motion to Change Time ("Motion")
2  and the Declaration of Darryl P. Rains in Support of the Motion to Change Time.
3  Upon consideration of the foregoing Motion, the papers submitted in support, and good
4  cause appearing, IT IS HEREBY ORDERED that:
5  Defendants' Motion is GRANTED. Defendants are to file their reply brief in further
6  support of their motion to dismiss on or before January 9, 2009.

7  DATED: _____

8  _____
   THE HON. SUSAN ILLSON
9  UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING MOTION TO CHANGE TIME
CASE NO. CV-08-4119 SI
pa-1303594

1