1

2

3

4

5            IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   NORTHSTAR FINANCIAL ADVISORS INC.,          No. C 08-4119 SI
    on Behalf of Itself and all Others Similarly
9   Situated,                                   **ORDER DIRECTING FURTHER**
                                                **BRIEFING**
10               Plaintiff,

11     v.

12  SCHWAB INVESTMENTS, *et al.*,

13               Defendants.
    _____/
14

15         Defendants' motion to dismiss the complaint is scheduled for a hearing on January 23, 2009.

16  Defendants contend, *inter alia*, that there is no private right of action under Section 13(a) of the

17  Investment Company Act of 1940, 15 U.S.C. § 80a-13(a).  Neither party has addressed the significance,

18  if any, of Section 13(c), "Limitation on actions," to the question of whether there is a private right of

19  action under Section 13(a).  The Court directs the parties to address this issue in supplemental briefs of

20  no more than 5 pages to be filed by noon on January 20, 2009.

21

22       **IT IS SO ORDERED.**

23

24  Dated: January 14, 2009                      _____
                                                 SUSAN ILLSTON
25                                               United States District Judge

26

27

28

**United States District Court**
**For the Northern District of California**