1  DARRYL P. RAINS (CA SBN 104802)
   K.C. ALLAN WALDRON (CA SBN 231866)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   Email: DRains@mofo.com; KCWaldron@mofo.com
5
   DOROTHY L. FERNANDEZ (CA SBN 184266)
6  MORRISON & FOERSTER LLP
   425 Market Street
7  San Francisco, California 94105-2482
   Telephone: 415.268.7000
8  Facsimile: 415.268.7522
   Email: DFernandez@mofo.com
9
   Attorneys for defendants Schwab Investments and Charles
10 Schwab Investment Management, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHSTAR FINANCIAL ADVISORS INC. on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHWAB INVESTMENTS and CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.,<br><br>Defendants. | Case No. CV-08-4119 SI<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT |

1  WHEREAS, plaintiff commenced this Action by filing a complaint on August 23, 2008
2  (the "Complaint");
3  WHEREAS, on February 19, 2009 the Court issued an order granting in part and denying
4  in part defendants' motion to dismiss plaintiff's Complaint and ordered plaintiff to file an
5  amended complaint no later than March 2, 2009;
6  WHEREAS, plaintiff filed its amended complaint on March 2, 2009;
7  WHEREAS, defendants must respond to the amended complaint on or before March 16,
8  2009, pursuant to Federal Rules of Civil Procedure 15(a)(3) and 6(a)(2);
9  WHEREAS, defendants have agreed to notice any motion to dismiss in this case to be
10 heard on May 1, 2009, the same day that the initial case management conference is set in this
11 case;
12 WHEREAS, granting defendants an extension of time to respond will have no effect on
13 other proceedings in the case and will not change any Court-ordered deadlines
14 IT IS HEREBY STIPULATED AND AGREED among the undersigned parties that
15 defendants shall file a motion to dismiss by March 26, 2009; plaintiff shall file an opposition on
16 April 10, 2009; defendants shall file a reply on April 17, 2009; and, subject to the Court's
17 availability, the Court shall hear defendants' motion to dismiss on May 1, 2009.
18 IT IS SO STIPULATED.

Dated: March 4, 2009

Darryl P. Rains
Dorothy L. Fernandez
K.C. Allan Waldron
MORRISON & FOERSTER LLP


By: _____/s/ Dorothy L. Fernandez_____
     Dorothy L. Fernandez

Attorneys for Defendants

| | | |
|---|---|---|
| 1 | Dated: March 4, 2009 | WOLF POPPER LLP |
| 2 | | By: /s/ Robert C. Finkel |
| 3 | | Robert C. Finkel (admitted *pro hac vice*) |
| 4 | | 845 Third Avenue<br>New York, NY 10022 |
| 5 | | Telephone: (212) 759-4600<br>Facsimile: (212) 486-2093 |

Marc J. Gross (admitted *pro hac vice*)
GREENBAUM ROWE SMITH & DAVIS LLP
75 Livingston Street, Suite 301
Roseland, New Jersey 07068
Telephone: (973) 535-1600
Facsimile: (973) 535-1698

Attorneys for Plaintiff Northstar Financial Advisors, Inc.

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
James C. Magid
BERMAN DEVALERIO
425 California St., Suite 2100
San Francisco, California 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Local Counsel

IT IS SO ORDERED.

Dated: March __, 2009

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR RESPONSE TO AMEND. COMPL.
CASE NO. CV-08-4119 SI
pa-1322330

2

**ATTESTATION OF E-FILED SIGNATURES**

I, Dorothy L. Fernandez, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time For Defendants To Respond to Amended Complaint. In compliance with General Order 45, X.B., I hereby attest that Robert C. Finkel has concurred in this filing.

Dated: March 4, 2009            MORRISON & FOERSTER LLP


                                By:      /s/ Dorothy L. Fernandez
                                           Dorothy L. Fernandez

                                        Attorney for Defendants