Joseph J. Tabacco, Jr. (75484)
jtabacco@bermanesq.com
Christopher Heffelfinger (118058)
cheffelfinger@bermanesq.com
James C. Magid (233043)
jmagid@bermanesq.com
**BERMAN DEVALERIO**
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**Local Counsel for Plaintiff Northstar Financial Advisors, Inc.**

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHSTAR FINANCIAL ADVISORS, INC., on Behalf of Itself and all Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>SCHWAB INVESTMENTS, CHARLES SCHWAB & CO., INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., and SCHWAB TOTAL BOND MARKET FUND,<br><br>Defendants. | Case No. C-08-4119 SI<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING WITHOUT PREJUDICE CHARLES SCHWAB & CO., INC. AND SCHWAB TOTAL BOND MARKET FUND** *NUNC PRO TUNC* |

[C-08-4119 SI] STIPULATION AND [PROPOSED] ORDER DISMISSING WITHOUT PREJUDICE CHARLES SCHWAB & CO., INC. AND SCHWAB TOTAL BOND MARKET FUND *NUNC PRO TUNC*

Plaintiff Northstar Financial Advisors, Inc. ("Northstar") and defendants Schwab Investments, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., and Schwab Total Bond Market Fund ("Defendants"), by and through their counsel, hereby jointly submit a stipulated request for an order dismissing, without prejudice, Charles Schwab & Co., Inc. and the Schwab Total Bond Market Fund.

## RECITALS

**WHEREAS**, the above-captioned action *Northstar Financial Advisors v. Schwab Investments*, et al., No. C-08-4119 SI was filed on August 28, 2008;

**WHEREAS**, the initial complaint named as defendants Schwab Investments, Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., and Schwab Total Bond Market Fund;

**WHEREAS**, on February 19, 2009, this Court granted in part and denied in part the defendants' motion to dismiss and granted leave to file an amended complaint by no later than March 2, 2009 ("Dismissal/Amend Order");

**WHEREAS**, on March 2, 2009, Northstar filed its First Amended Complaint;

**WHEREAS**, the First Amended Complaint no longer asserts claims against Charles Schwab & Co., Inc., or the Schwab Total Bond Market Fund;

**WHEREAS**, in making their assessments as to which defendants should remain in the case following consideration of the Court's Dismissal/Amend Order, Northstar did not have adequate time to dismiss without prejudice Charles Schwab & Co., Inc. and Schwab Total Bond Fund prior to filing its Amended Complaint on March 2, 2009;

**WHEREAS**, in order to avoid confusion as to which defendants are still in the case, Northstar removed Charles Schwab & Co., Inc. and Schwab Total Bond Fund as defendants from both the caption and the body of the Amended Complaint; and

[C-08-4119 SI] STIPULATION AND [PROPOSED] ORDER DISMISSING WITHOUT PREJUDICE CHARLES SCHWAB & CO., INC. AND SCHWAB TOTAL BOND MARKET FUND *NUNC PRO TUNC*

**WHEREAS**, Northstar now seeks an order *nunc pro tunc* approving the dismissal without prejudice of both Charles Schwab & Co., Inc. and Schwab Total Bond Fund, effective as of March 2, 2009;

**WHEREAS**, no consideration was proffered by Defendants nor received by Northstar for the dismissal of Charles Schwab & Co., Inc. and Schwab Total Bond Fund; and

**WHEREAS,** Northstar has not yet filed a motion for class certification;

### STIPULATION

**IT IS HEREBY STIPULATED**, subject to the Court's approval, by and between counsel for Northstar and Defendants:

1. The previously named defendants, Charles Schwab & Co., Inc. and the Schwab Total Bond Market Fund shall be dismissed from the instant action, without prejudice.
2. The dismissal without prejudice of Charles Schwab & Co., Inc. and the Schwab Total Bond Market Fund shall be applied *nunc pro tunc* to precede the filing of the First Amended Complaint on March 2, 2009.
3. Subject to Court approval, the notice provisions of Federal Rule of Procedure 23(e) need not and shall not apply to this dismissal.
4. The dismissal is without costs or fees to any party.

Dated: March 4, 2009          **WOLF POPPER LLP**

By: /s Robert C. Finkel
　　ROBERT C. FINKEL
　　(admitted *pro hac vice*)

845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093

|     |                                                                                                                              |
| --- | ---------------------------------------------------------------------------------------------------------------------------- |
| 1   | Marc J. Gross                                                                                                                |
| 2   | Bryan Plocker<br>**GREENBAUM ROWE SMITH**<br>**& DAVIS LLP**                                                                 |
| 3   | 75 Livingston Street, Suite 301<br>Roseland, NJ 07068                                                                        |
| 4   | Telephone: (973) 535-1600<br>Facsimile: (973) 535-1698                                                                       |
| 5   | **Attorneys for Plaintiff Northstar Financial**                                                                              |
| 6   | **Advisors, Inc.**                                                                                                           |
| 7   | Joseph J. Tabacco, Jr.<br>Christopher T. Heffelfinger                                                                        |
| 8   | James C. Magid<br>**BERMAN DEVALERIO**                                                                                       |
| 9   | 425 California Street, Suite 2100<br>San Francisco, CA 94104                                                                 |
| 10  | Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382                                                                       |
| 11  | **Local Counsel for Plaintiff Northstar**                                                                                    |
| 12  | **Financial Advisors, Inc.**                                                                                                 |
| 13  | **MORRISON & FOERSTER LLP**                                                                                                  |
| 14  | By: /s<br>      DOROTHY L. FERNANDEZ                                                                                         |
| 15  | 425 Market Street                                                                                                            |
| 16  | San Francisco, California 94105-2482<br>Telephone: 415.268.7000                                                              |
| 17  | Facsimile: 415.268.7522<br>Email: DFernandez@mofo.com                                                                        |
| 18  | Darryl P. Rains                                                                                                              |
| 19  | K.C. Allan Waldron<br>755 Page Mill Road                                                                                     |
| 20  | Palo Alto, California 94304-1018<br>Telephone: 650.813.5600                                                                  |
| 21  | Facsimile: 650.494.0792<br>Email:Drains@mofo.com;<br>KCWaldron@mofo.com                                                      |
| 22  | **Attorneys for Defendants Schwab**                                                                                          |
| 23  | **Investments, Charles Schwab & Co., Inc.,**<br>**Charles Schwab Investment Management,**                                    |
| 24  | **Inc., and Schwab Total Bond Market Fund**                                                                                  |
| 25  |                                                                                                                              |
| 26  |                                                                                                                              |
| 27  |                                                                                                                              |
| 28  | [C-08-4119 SI] STIPULATION AND [PROPOSED] ORDER DISMISSING WITHOUT PREJUDICE CHARLES SCHWAB & CO., INC. AND SCHWAB TOTAL BOND MARKET FUND *NUNC PRO TUNC* |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

I, Christopher T. Heffelfinger, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Dismissing Without Prejudice Charles Schwab & Co., Inc. and Schwab Total Bond Market Fund *Nunc Pro Tunc*. In compliance with General Order 45, X.B., I hereby attest that Robert C. Finkel, co-counsel for Plaintiff Northstar, and Dorothy L Fernandez, counsel for defendants, have concurred in this filing.

                                        s/ Christopher T. Heffelfinger