DARRYL P. RAINS (CA SBN 104802)
K.C. ALLAN WALDRON (CA SBN 231866)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email: DRains@mofo.com; KCWaldron@mofo.com

DOROTHY L. FERNANDEZ (CA SBN 184266)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: DFernandez@mofo.com

Attorneys for defendants Schwab Investments and Charles
Schwab Investment Management, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTHSTAR FINANCIAL ADVISORS INC. on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHWAB INVESTMENTS and CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.,<br><br>Defendants. | Case No.   CV-08-4119 SI<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON DEFENDANTS' MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL AND FOR STAY<br><br>Court: 10<br>Judge: Hon. Susan Illston<br><br>Date Action Filed: Aug. 23, 2008 |

| | |
|---|---|
| 1 | WHEREAS, plaintiff commenced this Action by filing a complaint on August 23, 2008 (the "Complaint"); |
| 3 | WHEREAS, on February 19, 2009 the Court issued an order granting in part and denying in part defendants' motion to dismiss plaintiff's complaint; |
| 5 | WHEREAS, on March 2, 2009, plaintiff filed an amended complaint; |
| 6 | WHEREAS, on March 5, 2009, defendants filed a motion to certify for interlocutory appeal and for stay to be heard on April 10, 2009; |
| 8 | WHEREAS, on March 6, 2009, the court notified the parties that defendants' motion to certify for interlocutory appeal and for stay has been continued until April 24, 2009; |
| 10 | WHEREAS, defendants have agreed to notice their motion to dismiss in this case to be heard on May 1, 2009, the same day that the initial case management conference is set in this case; |
| 13 | WHEREAS, granting a continuance of the hearing date on defendants' motion to certify for interlocutory appeal and stay will have no effect on other proceedings in the case and will not change any other Court-ordered deadlines |
| 16 | IT IS HEREBY STIPULATED AND AGREED among the undersigned parties that plaintiff shall file an opposition to defendants' motion to certify for interlocutory appeal and for stay on April 10, 2009; defendants shall file a reply on April 17, 2009; and, subject to the Court's availability, the Court shall hear defendants' motion to certify for interlocutory appeal and for stay on May 1, 2009. |
| 21 | IT IS SO STIPULATED. |

Dated: March 9, 2009

                          Darryl P. Rains
                          Dorothy L. Fernandez
                          K.C. Allan Waldron
                          MORRISON & FOERSTER LLP

                          By:        /s/ Dorothy L. Fernandez
                                  Dorothy L. Fernandez

                          Attorneys for defendants
                          Schwab Investments and Charles Schwab
                          Investment Management, Inc.

| | | |
|---|---|---|
| Dated: March 9, 2009 | | WOLF POPPER LLP |

By:      /s/ Robert C. Finkel
       Robert C. Finkel
      (admitted *pro hac vice*)

845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093

Marc J. Gross (admitted *pro hac vice*)
GREENBAUM ROWE SMITH & DAVIS LLP
75 Livingston Street, Suite 301
Roseland, New Jersey 07068
Telephone: (973) 535-1600
Facsimile: (973) 535-1698

Attorneys for Plaintiff Northstar Financial Advisors, Inc.

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
James C. Magid
BERMAN DEVALERIO
425 California St., Suite 2100
San Francisco, California 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Local Counsel

IT IS SO ORDERED.

Dated: March __, 2009

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE

STIP. AND [PROPOSED] ORDER CONT. HEARING DATE ON DEFS' MOT. FOR INTERLOCUTORY APPEAL
CASE NO. CV-08-4119 SI
sf-2653571

2

## ATTESTATION OF E-FILED SIGNATURES

I, Dorothy L. Fernandez, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Hearing Date on Defendants' Motion To Certify For Interlocutory Appeal and For Stay. In compliance with General Order 45, X.B., I hereby attest that Robert C. Finkel has concurred in this filing.

Dated: March 9, 2009                    MORRISON & FOERSTER LLP

By:     /s/ Dorothy L. Fernandez
        Dorothy L. Fernandez

Attorneys for defendants
Schwab Investments and Charles Schwab
Investment Management, Inc.