1   Joseph J. Tabacco, Jr. (75484)
    jtabacco@bermanesq.com
2   Christopher Heffelfinger (118058)
    cheffelfinger@bermanesq.com
3   James C. Magid (233043)
    jmagid@bermanesq.com
4   **BERMAN DEVALERIO**
    425 California Street, Suite 2100
5   San Francisco, CA  94104
    Telephone:  (415) 433-3200
6   Facsimile:  (415) 433-6382

7   **Local Counsel for Plaintiff Northstar Financial Advisors, Inc.**

8   [Additional Counsel on Signature Page]

9

10                    **UNITED STATES DISTRICT COURT**

11                   **NORTHERN DISTRICT OF CALIFORNIA**

12

13  NORTHSTAR FINANCIAL ADVISORS,           ) Case No. C-08-4119 SI
    INC., on Behalf of Itself and all Others )
14  Similarly Situated,                      ) CLASS ACTION
                                             )
15                         Plaintiff,        ) **STIPULATION AND [PROPOSED] ORDER**
         v.                                  ) **DISMISSING WITHOUT PREJUDICE,**
16                                           ) **AND TOLLING, NORTHSTAR'S CLAIM**
    SCHWAB INVESTMENTS, CHARLES             ) **AGAINST DEFENDANTS SCHWAB**
17  SCHWAB & CO., INC., CHARLES             ) **INVESTMENTS AND CHARLES SCHWAB**
    SCHWAB INVESTMENT MANAGEMENT,           ) **INVESTMENT MANAGEMENT, INC.,**
18  INC., and SCHWAB TOTAL BOND             ) **FOR VIOLATIONS OF CALIFORNIA BUS.**
    MARKET FUND,                            ) **& PROF. CODE §§17200 ET SEQ.**
19                                           )
                          Defendants.        )
20                                           )

21

22

23

24

25

26

27  [C-08-4119 SI] STIPULATION AND [PROPOSED] ORDER DISMISSING WITHOUT
    PREJUDICE, AND TOLLING, NORTHSTAR'S CLAIM AGAINST DEFENDANTS SCHWAB
28  INVESTMENTS AND CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., FOR
    VIOLATIONS OF CALIFORNIA BUS. & PROF. CODE §§17200 ET SEQ.

1    Plaintiff Northstar Financial Advisors, Inc. ("Northstar") and defendants Schwab
2    Investments and Charles Schwab Investment Management, Inc. ("Defendants"), by and through their
3    counsel, hereby jointly submit a stipulated request for an order dismissing without prejudice, and
4    tolling, Northstar's claim against Defendants for violations of the California Business and
5    Professions Code Section §§17200 *et seq.*

6                                       **RECITALS**

7    **WHEREAS**, the above-captioned action *Northstar Financial Advisors, Inc.  v. Schwab*
8    *Investments*, et al., No. C-08-4119 SI was filed on August 28, 2008;

9    **WHEREAS**, on February 19, 2009, this Court granted in part and denied in part the
10   defendants' motion to dismiss and granted leave to file an amended complaint by no later than
11   March 2, 2009;

12   **WHEREAS**, on March 2, 2009, Northstar filed its First Amended Complaint;

13   **WHEREAS**, the First Amended Complaint contains six claims: five claims on behalf of the
14   purported class ("Class Claims") and one claim, Count VI, solely on behalf of Northstar against
15   Defendants for violations of the California Business and Professions Code Section §§17200 *et seq.*
16   ("Claim VI");

17   **WHEREAS**, on March 26, 2009, Defendants filed 1) a motion to dismiss, that moved to
18   dismiss all Northstar's claims, including Claim VI, and 2) a motion to compel arbitration of the
19   Section 17200 Claim and to stay its litigation in this action;

20   **WHEREAS**, the parties have agreed, subject to court approval, to dismiss Claim VI without
21   prejudice and to permit a tolling of the limitations period (including any applicable period of repose
22   and/or laches) of that claim for one year (365 days) from the date an order is entered approving this
23   Stipulation (with the option to renew the tolling of the claim at the end of that one-year time period)
24   on the condition that if Northstar does elect to reassert the Section 17200 claim then, insofar as it
25   pertains to the matters alleged in the First Amended Complaint, it shall do so only by way of

26

27   [C-08-4119 SI] STIPULATION AND [PROPOSED] ORDER DISMISSING WITHOUT
     PREJUDICE, AND TOLLING, NORTHSTAR'S CLAIM AGAINST DEFENDANTS SCHWAB
28   INVESTMENTS AND CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., FOR
     VIOLATIONS OF CALIFORNIA BUS. & PROF. CODE §§17200 ET SEQ.          1

1     arbitration as contemplated by the Investment Manager Service Agreement between Northstar and

2     Schwab, and not as a separate action in state or federal court.

3        **WHEREAS**, the parties have agreed that the tolling period shall cover both the applicable

4     period of time within which to initiate an arbitration proceeding and the period of time to re-initiate

5     Claim VI, or the substance thereof;

6        **WHEREAS** no consideration was proffered by Defendants, nor received by Northstar, for

7     the dismissal or tolling of Claim VI;

8        **WHEREAS**, the parties shall bear their own costs;

9                           **STIPULATION**

10        **IT IS HEREBY STIPULATED**, subject to the Court's approval, by and between counsel

11     for Northstar and Defendants:

12         1.     Claim VI is dismissed from the instant action, without prejudice.

13         2.     If Northstar does elect to reassert Claim VI, or the substance thereof, it shall do so

14                 only by way of arbitration as contemplated by the Investment Manager Service

15                 Agreement between Northstar and Defendants, and not as a separate action in state or

16                 federal court.

17         3.     Defendants agree to toll for one year (365 days) beginning from the date of an order

18                 approving this stipulation the running of any limitations period, period of repose, or

19                 laches applicable to either the initiation of an arbitration proceeding under the

20                 Investment Service Agreement or the prosecution of Claim VI, or the substance

21                 thereof, in such an arbitration proceeding.

22         4.     The parties may, if they choose to do so by mutual written agreement, extend the

23                 tolling period described in the immediately preceding paragraph.

24         5.     Nothing in this Stipulation is intended to be, or shall be construed as, an admission by

25                 any party, nor used by any party to this Stipulation as an indication of the merits or

26                 lack thereof of Claim VI of the First Amended Complaint.

27     [C-08-4119 SI] STIPULATION AND [PROPOSED] ORDER DISMISSING WITHOUT
      PREJUDICE, AND TOLLING, NORTHSTAR'S CLAIM AGAINST DEFENDANTS SCHWAB

28     INVESTMENTS AND CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., FOR
      VIOLATIONS OF CALIFORNIA BUS. & PROF. CODE §§17200 ET SEQ.        2

1    6.    The dismissal is without costs or fees to any party.

2    Dated: April _____, 2009                    WOLF POPPER LLP

3                                                By:

4                                                    ROBERT C. FINKEL
                                                     (admitted *pro hac vice*)
5
                                                 845 Third Avenue
6                                                New York, NY 10022
                                                 Telephone: (212) 759-4600
7                                                Facsimile: (212) 486-2093

8                                                Marc J. Gross
                                                 Bryan Plocker
9                                                **GREENBAUM ROWE SMITH
                                                 & DAVIS LLP**
10                                               75 Livingston Street, Suite 301
                                                 Roseland, NJ 07068
11                                               Telephone: (973) 535-1600
                                                 Facsimile: (973) 535-1698
12
                                                 **Attorneys for Plaintiff Northstar Financial
13                                               Advisors, Inc.**

14                                               Joseph J. Tabacco, Jr.
                                                 Christopher T. Heffelfinger
15                                               James C. Magid
                                                 **BERMAN DEVALERIO**
16                                               425 California Street, Suite 2100
                                                 San Francisco, CA 94104
17                                               Telephone: (415) 433-3200
                                                 Facsimile: (415) 433-6382
18
                                                 **Local Counsel for Plaintiff Northstar
19                                               Financial Advisors, Inc.**

20

21

22

23

24

25

26

27   [C-08-4119 SI] STIPULATION AND [PROPOSED] ORDER DISMISSING WITHOUT
     PREJUDICE, AND TOLLING, NORTHSTAR'S CLAIM AGAINST DEFENDANTS SCHWAB
28   INVESTMENTS AND CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., FOR
     VIOLATIONS OF CALIFORNIA BUS. & PROF. CODE §§17200 ET SEQ.                    3

1    Dated: April 13, 2009                    **MORRISON & FOERSTER LLP**

2                                             By: _____

3                                                 DOROTHY L. FERNANDEZ

4                                             425 Market Street
                                              San Francisco, California 94105-2482
5                                             Telephone: 415.268.7000
                                              Facsimile: 415.268.7522
6                                             Email: DFernandez@mofo.com

7                                             Darryl P. Rains
                                              K.C. Allan Waldron
8                                             755 Page Mill Road
                                              Palo Alto, California 94304-1018
9                                             Telephone: 650.813.5600
                                              Facsimile: 650.494.0792
10                                            Email:Drains@mofo.com;
                                              KCWaldron@mofo.com

11                                            **Attorneys for Defendants Schwab**
                                              **Investments, Charles Schwab & Co., Inc.,**
12                                            **Charles Schwab Investment Management,**
                                              **Inc., and Schwab Total Bond Market Fund**

13

14                                    <u>ORDER</u>

15            Pursuant to stipulation, IT IS SO ORDERED.

16   Dated: _____

17                                            _____

18                                            HONORABLE SUSAN ILLSTON
                                              UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27   [C-08-4119 SI] STIPULATION AND [PROPOSED] ORDER DISMISSING WITHOUT
     PREJUDICE, AND TOLLING, NORTHSTAR'S CLAIM AGAINST DEFENDANTS SCHWAB
28   INVESTMENTS AND CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., FOR
     VIOLATIONS OF CALIFORNIA BUS. & PROF. CODE §§17200 ET SEQ.                4

1    I, Christopher T. Heffelfinger, am the ECF user whose ID and password are being used to

2    file this Stipulation and [Proposed] Order Dismissing Without Prejudice Charles Schwab & Co., Inc.

3    and Schwab Total Bond Market Fund *Nunc Pro Tun*c.  In compliance with General Order 45, X.B., I

4    hereby attest that Robert C. Finkel, co-counsel for Plaintiff Northstar, and Dorothy L Fernandez,

5    counsel for defendants, have concurred in this filing.

6

7                                    /s/ Christopher T. Heffelfinger_____
                                     CHRISTOPHER T. HEFFELFINGER

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   [C-08-4119 SI] STIPULATION AND [PROPOSED] ORDER DISMISSING WITHOUT
     PREJUDICE, AND TOLLING, NORTHSTAR'S CLAIM AGAINST DEFENDANTS SCHWAB
28   INVESTMENTS AND CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., FOR
     VIOLATIONS OF CALIFORNIA BUS. & PROF. CODE §§17200 ET SEQ.                    5