FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 29 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SCHWAB INVESTMENTS; CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., <br><br> Petitioners, <br><br> v. <br><br> NORTHSTAR FINANCIAL ADVISORS, INC., <br><br> Respondent. | No. 09-80076 <br><br> D.C. No. 3:08-cv-04119-SI <br> Northern District of California, <br> San Francisco <br><br><br> ORDER |

Before: PAEZ and TALLMAN, Circuit Judges.

The petition for permission to appeal the district court's February 19, 2009 order is granted. *See* 28 U.S.C. § 1292(b). Within 10 days of this order, petitioners shall perfect the appeal pursuant to Federal Rule of Appellate Procedure 5(d).

SNR/MOATT