DARRYL P. RAINS (CA SBN 104802)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792
Email: DRains@mofo.com

DOROTHY L. FERNANDEZ (CA SBN 184266)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: DFernandez@mofo.com

Attorneys for defendants Schwab Investments and Charles Schwab Investment Management, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORTHSTAR FINANCIAL ADVISORS INC. on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHWAB INVESTMENTS and CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.,<br><br>Defendants. | Case No.   CV-08-4119 LHK (PVT)<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER RE AMENDED COMPLAINT AND RESPONSE<br><br>Courtroom: 4, 5th Floor<br>Judge:    Hon. Lucy H. Koh<br><br>Date Action Filed:  Aug. 23, 2008 |

1  WHEREAS, on August 18, 2010, Northstar Financial Advisors, Inc. ("Plaintiff") and Schwab Investments and Charles Schwab Investment Management, Inc. ("Defendants"), filed a Joint Case Management Conference Statement informing the Court that the Ninth Circuit had granted Defendants' interlocutory appeal, reversing and remanding the Court's February 19, 2009 order denying Defendants' motion to dismiss Plaintiff's claim under section 13 of the Investment Company Act of 1940;

WHEREAS, Plaintiff has chosen not to seek a rehearing on, or otherwise appeal, the Ninth Circuit's decision;

WHEREAS, Plaintiff intends to file an amended complaint in light of the Ninth Circuit's ruling;

WHEREAS, the parties have met and conferred and agreed upon a proposed schedule for Plaintiff's filing of an amended complaint and Defendants' response;

WHEREAS, this case has been stayed pending a decision on Defendants' interlocutory appeal and this schedule will have no effect on other proceedings in the case and will not change any other Court-ordered deadlines:

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to Court approval, that Plaintiff shall file its Second Amended Complaint on or before September 28, 2010, Defendants' motion to dismiss shall be filed on or before November 10, 2010, Plaintiff's opposition shall be filed on or before December 6, 2010, Defendants' reply shall be filed on or before December 21, 2010, and the hearing on the motion shall be set for January 13, 2011 at 1:30 p.m.

///
///
///

IT IS SO STIPULATED.

Dated: September 3, 2010

Darryl P. Rains
Dorothy L. Fernandez
MORRISON & FOERSTER LLP

By:     /s/ Dorothy L. Fernandez
        Dorothy L. Fernandez

Attorneys for defendants
Schwab Investments and Charles Schwab
Investment Management, Inc.

Dated: September 3, 2010

WOLF POPPER LLP

By:     /s/ Robert C. Finkel
       Robert C. Finkel
     (admitted *pro hac vice*)

845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600
Facsimile: (212) 486-2093

Marc J. Gross
Nicolas P. Grippo
GREENBAUM ROWE SMITH & DAVIS LLP
75 Livingston Street, Suite 301
Roseland, New Jersey 07068
Telephone: (973) 535-1600
Facsimile: (973) 535-1698

Co-Lead Counsel for Plaintiff Northstar Financial Advisors, Inc.

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
BERMAN DEVALERIO
425 California St., Suite 900
San Francisco, California 94111
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Liaison Counsel for Plaintiff Northstar Financial Advisors, Inc.

IT IS SO ORDERED.

Dated: September 10, 2010

*[signature]*
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE