Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman
Sean R. Matt
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com

*Counsel for Plaintiff Smit and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHSTAR FINANCIAL ADVISORS, INC., on behalf of itself and all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>SCHWAB INVESTMENTS and CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.,<br><br>                              Defendants. | Civil Action No. 08-cv-4119-LHK<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE ORDER RELATING CASES PURSUANT TO LOCAL RULE 3-12.<br><br><br>Dept.: Courtroom 4, 5th Floor<br>Judge: Hon. Lucy H. Koh |

1    Plaintiff Jerry Smit ("Plaintiff") filed an Administrative Motion to Relate the cases
2 *Northstar Financial Advisors, Inc. v. Schwab Investments*, No. 08-cv-4119-LHK and *Smit v.*
3 *Charles Schwab & Co., Inc., et al.,* No. 10-cv-3971-JCS, pursuant to Civil Local Rule 3-12 (the
4 "Administrative Motion").  This Court, having considered Plaintiff's Administrative Motion and
5 supporting papers, as well as any opposition filed in response, for good cause hereby ORDERS as
6 follows:

Plaintiff's Administrative Motion to Related Cases Pursuant to L.R. 3-12 is hereby
GRANTED.  *Smit v. Charles Schwab & Co., Inc., et al.,* No. 10-cv-3971-JCS, shall be transferred
to Judge Lucy H. Koh.

IT IS SO ORDERED.

DATED:__10/06/2010___             _____
                                  THE HONORABLE LUCY H. KOH
                                  UNITED STATES DISTRICT COURT JUDGE


Submitted by:
HAGENS BERMAN SOBOL SHAPIRO LLP


By:      /s/ Peter E. Borkon
         PETER E. BORKON (212596)

Reed R. Kathrein (139304)
715 Hearst Ave., Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Steve W. Berman
Sean R. Matt
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com


*Counsel for Plaintiff Smit and the Proposed Class*

Order Granting Motion for Administrative Order Relating Cases
Pursuant To L.R. 3-12- Case No. 08-cv-4119-LHK         - 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/ Peter E. Borkon<br>
PETER E. BORKON