1   DARRYL P. RAINS (CA SBN 104802)
    EUGENE ILLOVSKY (CA SBN 117892)
2   MORRISON & FOERSTER LLP
    755 Page Mill Road
3   Palo Alto, California 94304-1018
    Telephone: 650.813.5600
4   Facsimile: 650.494.0792
    Email: DRains@mofo.com
5
    CRAIG D. MARTIN (CA SBN 168195)
6   DOROTHY L. FERNANDEZ (CA SBN 184266)
    MORRISON & FOERSTER LLP
7   425 Market Street
    San Francisco, California 94105-2482
8   Telephone: 415.268.7000
    Facsimile: 415.268.7522
9   Attorneys for defendants Schwab Investments, Charles Schwab
    Investment Management, Inc., Marianne Byerwalter, Donald F.
10  Dorward, William A. Hasler, Robert G. Holmes, Gerald B.
    Smith, Donald R. Stephens, Michael W. Wilsey, Charles R.
11  Schwab, Randall W. Merk, Joseph H. Wender, and John F.
    Cogan
12

13                  UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16

| | |
|---|---|
| 17  NORTHSTAR FINANCIAL ADVISORS, INC., on Behalf of Itself and All Others Similarly <br> 18  Situated, | Case No.     CV-08-4119 LHK (PVT) <br><br> CLASS ACTION |
| 19                      Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE MOTION TO |
| 20        v. | CONSOLIDATE |
| 21  SCHWAB INVESTMENTS, and MARIANNE BYERWALTER, DONALD F. DORWARD, <br> 22  WILLIAM A. HASLER, ROBERT G. HOLMES, GERALD B. SMITH, DONALD R. STEPHENS, | Courtroom:   4, 5th Floor <br> Judge:       Hon. Lucy H. Koh |
| 23  MICHAEL W. WILSEY, CHARLES R. SCHWAB, RANDALL W. MERK, JOSEPH H. | Date Action Filed:  Aug. 23, 2008 |
| 24  WENDER, and JOHN F. COGAN as TRUSTEES OF SCHWAB INVESTMENTS; and CHARLES <br> 25  SCHWAB INVESTMENT MANAGEMENT, INC. | |
| 26                      Defendants. | |

27

28

STIP. AND [PROPOSED] ORDER RE MOTION TO CONSOLIDATE
CASE NO.  CV-08-4119 LHK (PVT)
sf-2906500

| | |
|---|---|
| JERRY SMIT, individually and on behalf of all others similarly situated, | Case No.    CV-10-3971 JSW |
| Plaintiff, | CLASS ACTION |
| v. | |
| CHARLES SCHWAB & CO., INC., SCHWAB INVESTMENTS, and CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., | Date Action filed:  September 3, 2010 |
| Defendants. | |

1    WHEREAS, on October 11, 2010, defendants Schwab Investments, Charles Schwab

2    Investment Management, Inc., Marianne Byerwalter, Donald F. Dorward, William A. Hasler,

3    Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, Michael W. Wilsey, Charles R.

4    Schwab, Randall W. Merk, Joseph H. Wender, and John F. Cogan (collectively "Defendants"),

5    are filing a Motion to Consolidate Cases CV-08-4119 LHK and CV-10-03971 JSW.

6    WHEREAS, Jerry Smit, the plaintiff in *Smit v. Charles Schwab & Co., Inc.*, No. CV-10-

7    3971 JSW, agrees that these cases should be consolidated and hereby stipulates to such

8    consolidation;

9    WHEREAS, the plaintiff in *Northstar Financial Advisors, Inc. v. Schwab Investments*,

10   CV-08-4119 LHK, anticipates that it will oppose Defendants' Motion to Consolidate Cases;

11   WHEREAS, the parties have met and conferred regarding a briefing schedule on

12   Defendants' motion and for the convenience of the Court and the parties wish to have it heard on

13   the same day as Defendants' motions to dismiss the *Northstar* and *Smit* actions, which are

14   currently set for January 13, 2011;

15   IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to

16   Court approval, that Defendants shall file their motion to consolidate on October 11, 2010,

17   Plaintiff Smit will file supporting papers, if any, on or before November 5, 2010, Defendants shall

18   file their motions to dismiss the *Northstar* and *Smit* actions on or before November 10, 2010, and

19   Northstar Financial Advisors, Inc. shall file its opposition to Defendants' motion to consolidate

20   on November 19, 2010, and Defendants shall file their reply on the motion to consolidate on

21   December 21, 2010.  The hearing on Defendants' motion to consolidate shall be set for January

22   13, 2011 at 1:30 p.m. or as soon thereafter as the matter may be heard.

23   / / /

24   / / /

25   / / /

26

27

28

STIP. AND [PROPOSED] ORDER RE MOTION TO CONSOLIDATE                                                      1
CASE NO.  CV-08-4119 LHK (PVT)
sf-2906500

1  IT IS SO STIPULATED.

2  Dated: October 11, 2010

DARRYL P. RAINS
EUGENE ILLOVSKY
CRAIG D. MARTIN
3  DOROTHY L. FERNANDEZ
MORRISON & FOERSTER LLP

4

By:___/s/ Dorothy L. Fernandez_____
5         Dorothy L. Fernandez

6         Attorneys for Defendants

7  Dated: October 11, 2010  WOLF POPPER LLP

8  By:      /s/ Robert C. Finkel
      Robert C. Finkel
9        (admitted *pro hac vice*)

10  845 Third Avenue
New York, NY 10022
11  Telephone:  (212) 759-4600
Facsimile:   (212) 486-2093

12

Marc J. Gross
13  Nicolas P. Grippo
GREENBAUM ROWE SMITH & DAVIS LLP
14  75 Livingston Street, Suite 301
Roseland, New Jersey  07068
15  Telephone: (973) 535-1600
Facsimile:   (973) 535-1698

16

Co-Lead Counsel for Plaintiff Northstar Financial
17  Advisors, Inc.

18  Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
19  BERMAN DEVALERIO
425 California St., Suite 900
20  San Francisco, California  94111
Telephone: (415) 433-3200
21  Facsimile:   (415) 433-6382

22  Liaison Counsel for Plaintiff Northstar Financial
Advisors, Inc.

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER RE MOTION TO CONSOLIDATE         2
CASE NO.  CV-08-4119 LHK (PVT)
sf-2906500

1    Dated: October 11, 2010                    HAGENS BERMAN SOBOL SHAPIRO LLP

2                                                By:   /s/ Sean R. Matt
                                                        Sean R. Matt
3

4                                                Reed R. Kathrein (139304)
                                                 Peter E. Borkon (212596)
5                                                715 Hearst Ave., Suite 202
                                                 Berkeley, CA 94710
6                                                Telephone: (510) 725-3000
                                                 Facsimile: (510) 725-3001
7                                                reed@hbsslaw.com
                                                 peterb@hbsslaw.com
8                                                Steve W. Berman
                                                 Sean R. Matt
9                                                HAGENS BERMAN SOBOL SHAPIRO LLP
10                                               1918 Eighth Avenue, Suite 3300
                                                 Seattle, WA 98101
11                                               Telephone: (206) 623-7292
                                                 Facsimile: (206) 623-0594
12                                               steve@hbsslaw.com
                                                 sean@hbsslaw.com
13

14                                               Counsel for Plaintiff Smit and the Proposed Class

15   IT IS SO ORDERED.

16   Dated: October 12, 2010

17                                               _____
                                                 HONORABLE LUCY H. KOH
18                                               UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER RE MOTION TO CONSOLIDATE                                     3
CASE NO.  CV-08-4119 LHK (PVT)
sf-2906500