1  DARRYL P. RAINS (CA SBN 104802)
   EUGENE ILLOVSKY (CA SBN 117892)
2  MORRISON & FOERSTER LLP
   755 Page Mill Road
3  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
4  Facsimile: 650.494.0792
   Email: DRains@mofo.com
5
   CRAIG D. MARTIN (CA SBN 168195)
6  DOROTHY L. FERNANDEZ (CA SBN 184266)
   MORRISON & FOERSTER LLP
7  425 Market Street
   San Francisco, California 94105-2482
8  Telephone: 415.268.7000
   Facsimile: 415.268.7522
9
   Attorneys for defendants Charles Schwab & Co., Inc., Schwab
10 Investments, and Charles Schwab Investment Management, Inc.

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                           SAN JOSE DIVISION

15

| | |
|---|---|
| 16  JERRY SMIT, individually and on behalf of all others similarly situated, | Case No.   CV-10-3971 JSW |
| 17 | CLASS ACTION |
| 18         Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE RESPONSE TO COMPLAINT |
| 19    v. | |
| 20  CHARLES SCHWAB & CO., INC., SCHWAB INVESTMENTS, and CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., | |
| 21 | |
| 22         Defendants. | Date Action Filed:  Sept. 3, 2010 |

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER RE RESPONSE TO COMPLAINT
CASE NO.  CV-10-3971 JSW
sf-2905650

WHEREAS, on September 3, 2010, Jerry Smit ("Plaintiff") filed a complaint against Charles Schwab & Co., Inc., Schwab Investments, and Charles Schwab Investment Management, Inc. ("Defendants");

WHEREAS, Plaintiff served Charles Schwab & Co., Inc. and Charles Schwab Investment Management, Inc., on September 22, 2010, and served Schwab Investments on September 24, 2010;

WHEREAS, on October 6, 2010, the Court related the *Smit* action to *Northstar Financial Advisors, Inc. v. Schwab Investments*, Case No. 08-cv-4119-LHK;

WHEREAS, the parties in the *Northstar* action have stipulated to a briefing schedule on defendants' motion to dismiss and the Court has entered an order setting a hearing on that motion for January 13, 2011;

WHEREAS, the parties in the *Smit* action have met and conferred and agree that it makes sense for the convenience of the Court and the parties to adopt the same briefing and hearing schedule for Defendants' motion to dismiss in this related action;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to Court approval, that Defendants shall have an extension of time to file their motion to dismiss until on or before November 10, 2010, Plaintiff's opposition shall be filed on or before December 6, 2010, Defendants' reply shall be filed on or before December 21, 2010, and the hearing on the motion shall be set for January 13, 2011 at 1:30 p.m. or as soon thereafter as the matter may be heard.

IT IS SO STIPULATED.

Dated: October 8, 2010

DARRYL P. RAINS
EUGENE ILLOVSKY
CRAIG D. MARTIN
DOROTHY L. FERNANDEZ
MORRISON & FOERSTER LLP

By: /s/ Dorothy L. Fernandez
   Dorothy L. Fernandez

Attorneys for defendants Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., and Schwab Investments

STIP. AND [PROPOSED] ORDER RE RESPONSE TO COMPLAINT
CASE NO. CV-10-3971 JSW
sf-2905650

1

| | | |
|---|---|---|
| 1 | Dated: October 8, 2010 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | | By: /s/ Sean R. Matt |
| 3 | |     Sean R. Matt |

Reed R. Kathrein (139304)
Peter E. Borkon (212596)
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com
Steve W. Berman
Sean R. Matt
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com

Counsel for Plaintiff Smit and the Proposed Class

IT IS SO ORDERED.

Dated: October 19  2010

_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE