1  Reed R. Kathrein (139304)
   Peter E. Borkon (212596)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
3  Berkeley, CA 94710
   Telephone:  (510) 725-3000
4  Facsimile:  (510) 725-3001
   reed@hbsslaw.com
5  peterb@hbsslaw.com

6  Steve W. Berman (*pro hac vice*)
   Sean R. Matt (*pro hac vice*)
7  HAGENS BERMAN SOBOL SHAPIRO LLP
   1918 Eighth Avenue, Suite 3300
8  Seattle, WA  98101
   Telephone: (206) 623-7292
9  Facsimile:  (206) 623-0594
   steve@hbsslaw.com
10 sean@hbsslaw.com

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

| JERRY SMIT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SCHWAB & CO., INC., SCHWAB INVESTMENTS and CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.,<br><br>Defendants. | No. CV-10-3971 LHK<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER WITHDRAWING MOTION TO DISMISS COMPLAINT AND SETTING SCHEDULE FOR MOTION TO DISMISS FIRST AMENDED COMPLAINT<br><br>Date action filed:  Sept. 3, 2010 |
|---|---|

WHEREAS, on September 3, 2010, Jerry Smit ("Plaintiff") filed a complaint against Charles Schwab & Co., Inc., Schwab Investments, and Charles Schwab Investment Management, Inc. ("Defendants");

WHEREAS, on October 6, 2010, the Court related the *Smit* action to *Northstar Financial Advisors, Inc. v. Schwab Investments*, Case No. 08-cv-4119-LHK;

WHEREAS, pursuant to parties' stipulation in the *Smit* action, the Court adopted the same briefing and hearing schedule for Defendants' motion to dismiss in this related action as the

STIPULATION AND [PROPOSED] ORDER WITHDRAWING MTD
AND SCHEDULING MTD AMENDED COMPLAINT                     - 1 -
CV-10-3971 LHK
010201-11  412732 v1

*Northstar* motion to dismiss (Dkt. No. 22);

WHEREAS, under that schedule, Defendants filed their motion to dismiss on November 11, 2010, and plaintiff Smit's response was due Monday, December 6, 2010; and

WHEREAS, plaintiff Smit filed an amended complaint on Thursday, December 2, 2010, which superseded her original complaint and had the effect of rendering moot Defendants' motion to dismiss;

IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, subject to Court approval, that Defendants shall withdraw their motion to dismiss the now-superseded complaint and file a motion to dismiss the Amended Complaint on or before January 5, 2010, Plaintiff's opposition shall be filed on or before February 4, 2011, Defendants' reply shall be filed on or before February 18, 2011, and the hearing on the motion shall be set for March 3, 2011, at 1:30 p.m. or as soon thereafter as the matter may be heard.

IT IS SO STIPULATED.

AGREED and entered into this 6th day of December, 2010

| HAGENS BERMAN SOBOL SHAPIRO LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| /s/ Steve W. Berman<br>Steve Berman | /s/ Richard Schirtzer<br>Richard Schirtzer |
| 1918 Eighth Avenue, Suite 3300<br>Seattle, Washington 98101<br>Telephone: (206) 623-7292<br>Facsimile:  (206) 623-0594 | 865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Telephone:  (213) 443-3000<br>Facsimile: (213) 443-3100 |
| Attorneys for Plaintiff Smit and the Proposed Class | Attorneys for defendants Charles Schwab & Co., Inc., Charles Schwab Investment Management, Inc., Schwab Investments |

IT IS SO ORDERED.

Dated: December 13, 2010

_____
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER WITHDRAWING MTD
AND SCHEDULING MTD AMENDED COMPLAINT
CV-10-3971 LHK
010201-11 412732 v1

- 2 -