1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Richard A. Schirtzer (Bar No. 150165)
2  865 Figueroa St., 10th Floor
   Los Angeles, California 90017
3  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
4  E-mail: richardschirtzer@quinnemanuel.com

5  QUINN EMANUEL URQUHART & SULLIVAN, LLP
     Karin Kramer (Bar No. 87346)
6    Patrick Doolittle (Bar No. 203659)
     Arthur M. Roberts (*pro hac vice* application pending)
7  50 California Street, 22nd Floor
   San Francisco, California 94111-4788
8  Telephone: (415) 875-6600
   Facsimile: (415) 875-6700
9  E-mail:karinkramer@quinnemanuel.com

10 Attorneys for Defendants Schwab Investments, Charles Schwab
   Investment Management, Inc., Marianne Byerwalter, Donald F.
11 Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith,
   Donald R. Stephens, Michael W. Wilsey, Charles R. Schwab,
12 Randall W. Merk, Joseph H. Wender, and John F. Cogan

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| NORTHSTAR FINANCIAL ADVISORS, INC., on Behalf of Itself and All Others Similarly Situated,<br><br>   Plaintiff,<br><br>   v.<br><br>SCHWAB INVESTMENTS, and MARIANNE BYERWALTER, DONALD F. DORWARD, WILLIAM A. HASLER, ROBERT G. HOLMES, GERALD B. SMITH, DONALD R. STEPHENS, MICHAEL W. WILSEY, CHARLES R. SCHWAB, RANDALL W. MERK, JOSEPH H. WENDER, and JOHN F. COGAN as TRUSTEES OF SCHWAB INVESTMENTS; and CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.<br><br>   Defendants. | Case No.   CV-08-4119 LHK<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER APPROVING SUBSTITUTION OF COUNSEL |

1  Defendants Schwab Investments, Charles Schwab Investment Management, Inc., Marianne Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, Michael W. Wilsey, Charles R. Schwab, Randall W. Merk, Joseph H. Wender, and John F. Cogan, hereby substitute Quinn Emanuel Urquhart & Sullivan, LLP, as counsel of record, replacing Morrison & Foerster LLP. Counsel's new address of record is:

>RICHARD A. SCHIRTZER
>richardschirtzer@quinnemanuel.com
>QUINN EMANUEL URQUHART & SULLIVAN, LLP
>865 South Figueroa Street, 10th Floor
>Los Angeles, CA 90017-2543
>Telephone: (213) 443-3000
>Facsimile: (213) 443-3100
>
>JOHN M. POTTER
>johnpotter@quinnemanuel.com
>PATRICK DOOLITTLE
>patrickdoolittle@quinnemanuel.com
>KARIN KRAMER
>karinkramer@quinnemanuel.com
>QUINN EMANUEL URQUHART & SULLIVAN, LLP
>50 California Street, 22nd Floor
>San Francisco, CA 94111-4788
>Telephone: (415) 875-6600
>Facsimile: (415) 875-6700

The substitution of counsel will take effect upon the Court's entry of the proposed order.

Dated: December 10, 2010      DARRYL P. RAINS
                              EUGENE ILLOVSKY
                              CRAIG D. MARTIN
                              DOROTHY L. FERNANDEZ
                              MORRISON & FOERSTER LLP


                              By:   /s/ Darryl P. Rains
                                    Darryl P. Rains

| | | |
|---|---|---|
| 1 | Dated: December 10, 2010 | RICHARD A. SCHIRTZER |
| 2 | | JOHN M. POTTER |
| | | PATRICK DOOLITTLE |
| 3 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 4 | | |
| 5 | | By: /s/ Patrick Doolittle |
| | | Patrick Doolittle |

Defendants hereby agree and consent to this substitution of counsel.

Dated: December 10, 2010    SCHWAB INVESTMENTS AND CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.

By:  /s/ Linda Drucker
     Linda Drucker
     Associate General Counsel
     Charles Schwab & Co.

Dated: December 10, 2010    MARIANNE BYERWALTER

By:  /s/ Marianne Byerwalter
     Marianne Byerwalter

Dated: December 10, 2010    DONALD F. DORWARD

By:  /s/ Donald F. Dorward
     Donald F. Dorward

Dated: December 10, 2010    WILLIAM A. HASLER

By:  /s/ William A. Hasler
     William A. Hasler

Dated: December 10, 2010    ROBERT G. HOLMES

By:  /s/ Robert G. Holmes
     Robert G. Holmes

| | | |
|---|---|---|
| 1 | Dated:  December 10, 2010 | GERALD B. SMITH |
| 2 | | |
| 3 | | By:  /s/ Gerald B. Smith |
| | | Gerald B. Smith |
| 4 | | |
| 5 | Dated:  December 10, 2010 | DONALD R. STEPHENS |
| 6 | | |
| | | By:  /s/ Donald R. Stephens |
| 7 | | Donald R. Stephens |
| 8 | | |
| | Dated:  December 10, 2010 | MICHAEL W. WILSEY |
| 9 | | |
| 10 | | By:  /s/ Michael W. Wilsey |
| | | Michael W. Wilsey |
| 11 | | |
| 12 | Dated:  December 10, 2010 | CHARLES R. SCHWAB |
| 13 | | |
| | | By:  /s/ Charles R. Schwab |
| 14 | | Charles R. Schwab |
| 15 | | |
| | Dated:  December 10, 2010 | RANDALL W. MERK |
| 16 | | |
| 17 | | By:  /s/ Randall W. Merk |
| | | Randall W. Merk |
| 18 | | |
| 19 | Dated:  December 10, 2010 | JOSEPH H. WENDER |
| 20 | | |
| | | By:  /s/ Joseph H. Wender |
| 21 | | Joseph H. Wender |
| 22 | | |
| | Dated:  December 10, 2010 | JOHN F. COGAN |
| 23 | | |
| 24 | | By:  /s/ John F. Cogan |
| | | John F. Cogan |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

-3-   CASE NO. CV-08-4119 LHK
[PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL

1  GOOD CAUSE APPEARING,

2  IT IS HEREBY ORDERED that Quinn Emanuel Urquhart & Sullivan, LLP shall, and
3  hereby is, substituted for Morrison & Foerster LLP as counsel of record for Defendants Schwab
4  Investments, Charles Schwab Investment Management, Inc., Marianne Byerwalter, Donald F.
5  Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, Michael
6  W. Wilsey, Charles R. Schwab, Randall W. Merk, Joseph H. Wender, and John F. Cogan.

7

Date: December 13, 2010

*/s/ Lucy H. Koh*
HONORABLE LUCY H. KOH
U.S. District Court Judge