QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Richard A. Schirtzer (Bar No. 150165)
865 Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
E-mail: richardschirtzer@quinnemanuel.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Karin Kramer (Bar No. 87346)
  Patrick Doolittle (Bar No. 203659)
  Arthur M. Roberts (*pro hac vice* application pending)
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
E-mail:karinkramer@quinnemanuel.com

Attorneys for Defendants Schwab Investments, Charles Schwab Investment Management, Inc., Marianne Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, Michael W. Wilsey, Charles R. Schwab, Randall W. Merk, Joseph H. Wender, and John F. Cogan

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NORTHSTAR FINANCIAL ADVISORS, INC., on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHWAB INVESTMENTS, and MARIANNE BYERWALTER, DONALD F. DORWARD, WILLIAM A. HASLER, ROBERT G. HOLMES, GERALD B. SMITH, DONALD R. STEPHENS, MICHAEL W. WILSEY, CHARLES R. SCHWAB, RANDALL W. MERK, JOSEPH H. WENDER, and JOHN F. COGAN as TRUSTEES OF SCHWAB INVESTMENTS; and CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.<br><br>Defendants. | Case No.   CV-08-4119 LHK<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL |

1    Defendants Schwab Investments, Charles Schwab Investment Management, Inc.,
2  Marianne Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B.
3  Smith, Donald R. Stephens, Michael W. Wilsey, Charles R. Schwab, Randall W. Merk, Joseph H.
4  Wender, and John F. Cogan, hereby substitute Quinn Emanuel Urquhart & Sullivan, LLP, as
5  counsel of record, replacing Morrison & Foerster LLP.  Counsel's new address of record is:

RICHARD A. SCHIRTZER
richardschirtzer@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

JOHN M. POTTER
johnpotter@quinnemanuel.com
PATRICK DOOLITTLE
patrickdoolittle@quinnemanuel.com
KARIN KRAMER
karinkramer@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

The substitution of counsel will take effect upon the Court's entry of the proposed order.

Dated:  December 10, 2010        DARRYL P. RAINS
                                 EUGENE ILLOVSKY
                                 CRAIG D. MARTIN
                                 DOROTHY L. FERNANDEZ
                                 MORRISON & FOERSTER LLP


                                 By:   /s/ Darryl P. Rains
                                         Darryl P. Rains

| | | |
|---|---|---|
| 1 | Dated: December 10, 2010 | RICHARD A. SCHIRTZER |
| 2 | | JOHN M. POTTER |
| | | PATRICK DOOLITTLE |
| 3 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By:  /s/ Patrick Doolittle
           Patrick Doolittle

Defendants hereby agree and consent to this substitution of counsel.

Dated: December 10, 2010      SCHWAB INVESTMENTS AND CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.

By:  /s/ Linda Drucker
           Linda Drucker
           Associate General Counsel
           Charles Schwab & Co.

Dated: December 10, 2010      MARIANNE BYERWALTER

By:  /s/ Marianne Byerwalter
           Marianne Byerwalter

Dated: December 10, 2010      DONALD F. DORWARD

By:  /s/ Donald F. Dorward
           Donald F. Dorward

Dated: December 10, 2010      WILLIAM A. HASLER

By:  /s/ William A. Hasler
           William A. Hasler

Dated: December 10, 2010      ROBERT G. HOLMES

By:  /s/ Robert G. Holmes
           Robert G. Holmes

-2-     CASE NO. CV-08-4119 LHK
[PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL

| | | |
|---|---|---|
| Dated: December 10, 2010 | | GERALD B. SMITH |
| | By: | /s/ Gerald B. Smith |
| | | Gerald B. Smith |
| Dated: December 10, 2010 | | DONALD R. STEPHENS |
| | By: | /s/ Donald R. Stephens |
| | | Donald R. Stephens |
| Dated: December 10, 2010 | | MICHAEL W. WILSEY |
| | By: | /s/ Michael W. Wilsey |
| | | Michael W. Wilsey |
| Dated: December 10, 2010 | | CHARLES R. SCHWAB |
| | By: | /s/ Charles R. Schwab |
| | | Charles R. Schwab |
| Dated: December 10, 2010 | | RANDALL W. MERK |
| | By: | /s/ Randall W. Merk |
| | | Randall W. Merk |
| Dated: December 10, 2010 | | JOSEPH H. WENDER |
| | By: | /s/ Joseph H. Wender |
| | | Joseph H. Wender |
| Dated: December 10, 2010 | | JOHN F. COGAN |
| | By: | /s/ John F. Cogan |
| | | John F. Cogan |

1  GOOD CAUSE APPEARING,

2  IT IS HEREBY ORDERED that Quinn Emanuel Urquhart & Sullivan, LLP shall, and
3  hereby is, substituted for Morrison & Foerster LLP as counsel of record for Defendants Schwab
4  Investments, Charles Schwab Investment Management, Inc., Marianne Byerwalter, Donald F.
5  Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, Michael
6  W. Wilsey, Charles R. Schwab, Randall W. Merk, Joseph H. Wender, and John F. Cogan.

Date: December 13, 2010

_____
HONORABLE LUCY H. KOH
U.S. District Court Judge