RECEIVED
2010 DEC 10 A 11:35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

**FILED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

DEC 1 5 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| NORTHSTAR FINANCIAL ADVISORS, INC., on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHWAB INVESTMENTS, *et al.*,<br><br>Defendants. | Case No. 08-cv-04119 LHK<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY ARTHUR M. ROBERTS PRO HAC VICE<br><br>Judge:   Hon. Lucy Koh |

Arthur M. Roberts, whose business address and telephone number is Quinn Emanuel Urquhart & Sullivan, 50 California Street, 22nd Floor, San Francisco, California 94111-4788, (415) 875-6600, and who is an active member in good standing of the bar of the State of New York, has applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Schwab Investments, Charles Schwab Investment Management, Inc., Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, Michael W. Wilsey, Charles R. Schwab, Randall W. Merk, Joseph H. Wender, and John F. Cogan.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

1  will constitute notice to the party. All future filings in this action are subject to the requirements
2  contained in General Order No. 45, *Electronic Case Filing*.
3  DATED: __Dec. 13__, 2010

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Court Judge