| | |
|---|---|
| 1 | DARRYL P. RAINS (CA SBN 104802) |
| | EUGENE ILLOVSKY (CA SBN 117892) |
| 2 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 3 | Palo Alto, California 94304-1018 |
| | Telephone: 650.813.5600 |
| 4 | Facsimile: 650.494.0792 |
| | Email: DRains@mofo.com |
| 5 | |
| | CRAIG D. MARTIN (CA SBN 168195) |
| 6 | DOROTHY L. FERNANDEZ (CA SBN 184266) |
| | MORRISON & FOERSTER LLP |
| 7 | 425 Market Street |
| | San Francisco, California 94105-2482 |
| 8 | Telephone: 415.268.7000 |
| | Facsimile: 415.268.7522 |

Attorneys for Defendants Charles Schwab & Co., Inc., Schwab Investments, and Charles Schwab Investment Management, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JERRY SMIT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES SCHWAB & CO., INC., SCHWAB INVESTMENTS and, CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.,<br><br>Defendants. | Case No.   10-cv-03971 LHK<br><br>[PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL |

CASE NO. 10-CV-03971 LHK
[PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL

Defendants Charles Schwab & Co., Inc., Schwab Investments, and Charles Schwab Investment Management, Inc., hereby substitute Quinn Emanuel Urquhart & Sullivan, LLP, as counsel of record, replacing Morrison & Foerster LLP.  Counsel's new address of record is:

>    RICHARD A. SCHIRTZER
>    richardschirtzer@quinnemanuel.com
>    QUINN EMANUEL URQUHART & SULLIVAN, LLP
>    865 South Figueroa Street, 10th Floor
>    Los Angeles, CA 90017-2543
>    Telephone: (213) 443-3000
>    Facsimile: (213) 443-3100
>
>    KARIN KRAMER
>    karinkramer@quinnemanuel.com
>    PATRICK DOOLITTLE
>    patrickdoolittle@quinnemanuel.com
>    QUINN EMANUEL URQUHART & SULLIVAN, LLP
>    50 California Street, 22nd Floor
>    San Francisco, CA 94111-4788
>    Telephone: (415) 875-6600
>    Facsimile: (415) 875-6700

The substitution of counsel will take effect upon the Court's entry of the proposed order.

Dated:  December 8, 2010

DARRYL P. RAINS
EUGENE ILLOVSKY
CRAIG D. MARTIN
DOROTHY L. FERNANDEZ
MORRISON & FOERSTER LLP

By:  /s/ Darryl P. Rains
     Darryl P. Rains

Dated:  December 8, 2010

RICHARD A. SCHIRTZER
KARIN KRAMER
PATRICK DOOLITTLE
QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  /s/ Patrick Doolittle
     Patrick Doolittle

1  Defendants hereby agree and consent to this substitution of counsel.

Dated:  December 8, 2010 　　　　　　　　CHARLES SCHWAB & CO., INC., SCHWAB INVESTMENTS, AND CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.

By:  /s/ Linda Drucker
　　　Linda Drucker
　　　Associate General Counsel
　　　Charles Schwab & Co.

-2-                                                CASE NO. 10-CV-03971 LHK
[PROPOSED] ORDER APPROVING SUBSTITUTION OF COUNSEL

1  GOOD CAUSE APPEARING,

2  IT IS HEREBY ORDERED that Quinn Emanuel Urquhart & Sullivan, LLP shall, and

3  hereby is, substituted for Morrison & Foerster LLP as counsel of record for Defendants Charles

4  Schwab & Co., Inc., Schwab Investments, and Charles Schwab Investment Management, Inc.

6  Date: December 15, 2010

_____
HONORABLE LUCY H. KOH,
U.S. District Court Judge