Joseph J. Tabacco, Jr. (75484)
jtabacco@bermandevalerio.com
Christopher Heffelfinger (118058)
cheffelfinger@bermandevalerio.com
Anthony D. Phillips (259688)
aphillips@bermandevalerio.com
**BERMAN DEVALERIO LLP**
One California Street, Suite 900
San Francisco, CA  94111
Telephone:  (415) 433-3200
Facsimile:   (415) 433-6382

*Attorneys for Plaintiff
Northstar Financial Advisors, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORTHSTAR FINANCIAL ADVISORS, INC., on Behalf of Itself and All Others Similarly Situated,<br><br>                                   Plaintiff,<br>    v.<br><br>SCHWAB INVESTMENTS; and MARIANN BYERWALTER, DONALD F. DORWARD, WILLIAM A. HASLER, ROBERT G. HOLMES, GERALD B. SMITH, DONALD R. STEPHENS, MICHAEL W. WILSEY, CHARLES R. SCHWAB, RANDALL W. MERK, JOSEPH H. WENDER and JOHN F. COGAN as TRUSTEES OF SCHWAB INVESTMENTS; and CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.,<br><br>                                   Defendants. | Case No. C-08-4119 LHK<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF NORTHSTAR'S MISCELLANEOUS ADMINISTRATIVE MOTION TO SUBMIT SUPPLEMENTAL CASE AUTHORITY AND TO SUPPLEMENT ITS RESPONSE AT ORAL ARGUMENT PURSUANT TO CIVIL L.R. 7-11(a) (AS MODIFIED)** |

Upon the miscellaneous administrative motion by plaintiffs' counsel requesting the Court to consider *Bergeron v. Ridgewood Securities Corp.*, 610 F. Supp. 2d 113 (D. Mass. 2009) and a brief statement of supplemental argument described in the administrative motion, and it appearing to the Court that it would be helpful to consider this additional authority,

IT IS HEREBY ORDERED, the Court will consider this additional authority and the accompanying statement described in plaintiff's administrative motion together with any responsive argument made by defendants, pursuant to Civ. L.R. 7-11, not to exceed two pages.  Defendants shall submit any responsive argument by Tuesday, January 25, 2011.

Dated:  January 21, 2011

_____
Honorable Lucy H. Koh
U.S. District Court Judge