1  Joseph J. Tabacco, Jr. (75484)
   jtabacco@bermandevalerio.com
2  Christopher Heffelfinger (118058)
   cheffelfinger@bermandevalerio.com
3  Anthony D. Phillips (259688)
   aphillips@bermandevalerio.com
4  **BERMAN DEVALERIO LLP**
   One California Street, Suite 900
5  San Francisco, CA  94111
   Telephone:  (415) 433-3200
6  Facsimile:   (415) 433-6382

7  *Attorneys for Plaintiff*
   *Northstar Financial Advisors, Inc.*
8
   [Additional Counsel Appear on Signature Page]
9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORTHSTAR FINANCIAL ADVISORS, INC., on Behalf of Itself and All Others Similarly Situated,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SCHWAB INVESTMENTS; and MARIANN BYERWALTER, DONALD F. DORWARD, WILLIAM A. HASLER, ROBERT G. HOLMES, GERALD B. SMITH, DONALD R. STEPHENS, MICHAEL W. WILSEY, CHARLES R. SCHWAB, RANDALL W. MERK, JOSEPH H. WENDER and JOHN F. COGAN as TRUSTEES OF SCHWAB INVESTMENTS; and CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.,<br><br>　　　　　　　　　　　Defendants. | Case No. C 08-04119 (LHK)<br><br>CLASS ACTION<br><br>**STIPULATION EXTENDING DATE TO FILE THIRD AMENDED COMPLAINT AND MODIFYING BRIEFING SCHEDULE** |

[C 08-04119 (LHK)] STIPULATION EXTENDING DATE TO FILE THIRD AMENDED COMPLAINT AND MODIFYING BRIEFING SCHEDULE

Plaintiff Northstar Financial Advisors, Inc. ("Northstar") and defendants Schwab Investments, Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, Michael W. Wilsey, Charles R. Schwab, Randall W. Merk, Joseph H. Wender and John F. Cogan as Trustees of Schwab Investments; and Charles Schwab Investment Management, Inc. ("Defendants"), by and through their counsel, hereby jointly submit a stipulated request for an order extending Northstar's date to file the Third Amended Class Action Complaint and to establish a briefing schedule for Defendants' motion to dismiss that Complaint.

## **RECITALS**

**WHEREAS**, on September 29, 2010, plaintiff filed its Second Amended Complaint ("SAC"), and on November 10, 2011, Defendants filed their Motion to Dismiss the Second Amended Complaint;

**WHEREAS**, on March 2, 2011, the Court issued its Corrected Order Granting in Part and Denying in Part Defendants' Motion to Dismiss the SAC [Docket #175] which, among other matters, directed Plaintiff to file a Third Amended Complaint ("TAC") by no later than March 22, 2011;

**WHEREAS**, counsel for defendants has requested a two-week extension to respond to the TAC on briefing for scheduling reasons; and, in response, counsel for plaintiff has requested a one-week extension within which to file its TAC;

**WHEREAS**, plaintiff shall file its TAC by no later than March 29, 2011, and counsel for defendants will serve and file any response to the TAC by no later than April 25, 2011; and

**WHEREAS**, defendants Schwab Investments, Charles Schwab & Co., Inc., and Charles Schwab Investment Management, Inc., through their prior counsel, have previously requested and entered into two stipulations with counsel for plaintiff seeking to extend time [Docket Nos. 8 and 85]; and the parties mutually agreed to one scheduling stipulation [Docket # 121].

[C 08-04119 (LHK)] STIPULATION EXTENDING DATE TO FILE THIRD AMENDED COMPLAINT AND MODIFYING BRIEFING SCHEDULE                                                                                                                        1

## STIPULATION

**IT IS HEREBY STIPULATED**, subject to the Court's approval, by and between counsel for Northstar and Defendants:

1. The last day for Plaintiff to file its Third Amended Complaint is March 29, 2011; and

2. Defendants shall respond by no later than April 25, 2011.

Dated:  March 18, 2011

Respectfully submitted,
**BERMAN DEVALERIO**

By:  /s/ Christopher T. Heffelfinger
      Christopher T. Heffelfinger

Joseph J. Tabacco, Jr.
Anthony D. Phillips
One California Street, Suite 900
San Francisco, CA  94111
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

Robert C. Finkel
**WOLF POPPER LLP**
845 Third Avenue
New York, NY  10022
Telephone: (212) 759-4600
Facsimile:  (212) 486-2093

Marc J. Gross
**GREENBAUM ROWE SMITH  & DAVIS LLP**
75 Livingston Street, Suite 301
Roseland, NJ  07068
Telephone: (973) 535-1600
Facsimile:  (973) 535-1698

*Attorneys for Plaintiff Northstar Financial Advisors, Inc.*

| | |
|---|---|
| Dated: March 18, 2011 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| | By:   <u>/s/ Karin Kramer</u><br>       Karin Kramer |
| | Patrick Doolittle<br>Arthur M. Roberts<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111-4788<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| | Richard A. Schirtzer<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>865 Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100 |
| | *Attorneys for defendants Schwab Investments, Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, Michael W. Wilsey, Charles R. Schwab, Randall W. Merk, Joseph H. Wender and John F. Cogan as Trustees of Schwab Investments, and Charles Schwab Investment Management, Inc.* |

### **E-FILING ATTESTATION**

Pursuant to General Order No. 45, Section X(B) regarding signatures, Christopher T. Heffelfinger hereby attests that concurrence in the filing of this document has been obtained.

                        By:   <u>/s/ Christopher T. Heffelfinger</u><br>                              Christopher T. Heffelfinger

### **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: <u>March 21, 2011</u>                          <u>/s/ Lucy H. Koh</u><br>                                                HONORABLE LUCY KOH<br>                                                UNITED STATES DISTRICT JUDGE