**United States District Court**
**For the Northern District of California**

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORTHSTAR FINANCIAL ADVISORS, INC., on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHWAB INVESTMENTS; and MARIANN BYERWALTER, DONALD F. DORWARD, WILLIAM A. HASLER, ROBERT G. HOLMES, GERALD B. SMITH, DONALD R. STEPHENS, MICHAEL W. WILSEY, CHARLES R. SCHWAB, RANDALL W. MERK, JOSEPH H. WENDER and JOHN F. COGAN as TRUSTEES OF SCHWAB INVESTMENTS; and CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.,<br><br>Defendants. | Case No. 08-CV-04119 LHK<br><br>ORDER SETTING BRIEFING SCHEDULE |

Defendants filed a Motion to Dismiss Plaintiff's Third Amended Complaint on April 25, 2011. The hearing on this motion is set for August 4, 2011 at 1:30 p.m. It would greatly assist the Court to receive the briefing on defendants' Motion to Dismiss as soon as possible. Therefore, the Court sets the following briefing schedule:

Opposition: due June 16, 2011

Reply: due June 30, 3011

The hearing remains as set.

1

Case No.: 08-CV-04119 LHK
ORDER SETTING BRIEFING SCHEDULE

**IT IS SO ORDERED.**

Dated: May 24, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 08-CV-04119 LHK
ORDER SETTING BRIEFING SCHEDULE

2