Joseph J. Tabacco, Jr. (75484)
Christopher Heffelfinger (118058)
Anthony D. Phillips (259688)
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA  94111
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email: jtabacco@bermandevalerio.com
           cheffelfinger@bermandevalerio.com
           aphillips@bermandevalerio.com

*Attorneys for Plaintiff Northstar Financial Advisors, Inc.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHSTAR FINANCIAL ADVISORS, INC., on Behalf of Itself and all Others Similarly Situated, <br><br>Plaintiff, <br><br>v. <br><br>SCHWAB INVESTMENTS; MARIANN BYERWALTER, DONALD F. DORWARD, WILLIAM A. HASLER, ROBERT G. HOLMES, GERALD B. SMITH, DONALD R. STEPHENS, MICHAEL W. WILSEY, CHARLES R. SCHWAB, RANDALL W. MERK, JOSEPH H. WENDER and JOHN F. COGAN,  as TRUSTEES OF SCHWAB INVESTMENTS; and CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., <br><br>Defendants. | Case No. 08-cv-04119 LHK <br><br><u>CLASS ACTION</u> <br><br>**NOTICE OF CHANGE IN COUNSEL** |

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Lesley Ann Hale (State Bar No. 237726) and James Christopher Magid (State Bar No. 233043) are no longer counsel of record for plaintiff Northstar Financial Advisors Inc. ("Plaintiff") and are no longer associated with the firm Berman DeValerio. Please continue to direct all future mailings to Joseph J. Tabacco, Jr., Christopher T. Heffelfinger, and Anthony D. Phillips, who remain counsel of record for Plaintiff.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only all notices and papers, but also includes, without limitation, orders and notices of any pleading, complaint, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, facsimile, or e-mail.

Dated:  June 8, 2011

**BERMAN DEVALERIO**

By:   /s/ Christopher T. Heffelfinger
       Christopher T. Heffelfinger (118058)

Joseph J. Tabacco, Jr. (75484)
Anthony D. Phillips (259688)
One California Street, Suite 900
San Francisco, CA  94111
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382

*Local Counsel*

Robert C. Finkel (admitted *pro hac vice*)
**WOLF POPPER LLP**
845 Third Avenue
New York, NY  10022
Telephone:  212.759.4600
Facsimile:  212.486.2093

Marc J. Gross (admitted *pro hac vice*)
**GREENBAUM ROWE SMITH
 & DAVIS LLP**
75 Livingston Street, Suite 301
Roseland, NJ  07068
Telephone:  973.535.1600
Facsimile:  973.535.1698

*Attorneys for Plaintiff Northstar Financial Advisors, Inc.*

# CERTIFICATE OF SERVICE

I, Katie P. Umpierre, hereby certify as follows:

I am employed by Berman DeValerio, One California Street, Suite 900 San Francisco CA 94111. I am over the age of 18 years and am not a party to this action. On June 8, 2011, using the Northern District of California's Electronic Case Filing System ("ECF"), with the ECF ID registered to Christopher T. Heffelfinger, and at his direction, I filed and served a true and correct copy of the foregoing **NOTICE OF CHANGE IN COUNSEL**. The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service. According to the ECF/PACER system, for this case, the parties served are as follows:

| Attorney | Email Address(es) | Counsel For |
| --- | --- | --- |
| Patrick C. Doolittle | patrickdoolittle@quinnemanuel.com, mercedeshereford@quinnemanuel.com, calendar@quinnemanuel.com | *Defendants Charles Schwab Investment Management, Inc.; Schwab Investments; Charles R. Schwab; Donald F. Dorwand; Donald R. Stephens; Gerald B. Smith; John F. Cogan; Joseph H. Wender; Mariann Byerwalter; Michael W. Wilsey; Randall W. Merk; Robert G. Holmes; and William A. Hasler* |
| Karin A. Kramer | karinkramer@quinnemanuel.com | *Defendants Charles Schwab Investment Management, Inc.; Schwab Investments; Charles R. Schwab; Donald F. Dorwand; Donald R. Stephens; Gerald B. Smith; John F. Cogan; Joseph H. Wender; Mariann Byerwalter; Michael W. Wilsey; Randall W. Merk; Robert G. Holmes; and William A. Hasler* |
| Robert C. Finkel | rfinkel@wolfpopper.com, cdunleavy@wolfpopper.com, ngrippo@greenbaumlaw.com, rkornreich@wolfpopper.com, eferguson@wolfpopper.com | *Plaintiff Northstar Financial Advisors Inc.* |

| Attorney | Email Address(es) | Counsel For |
|---|---|---|
| Steve W. Berman | steve@hbsslaw.com, robert@hbsslaw.com | *Plaintiff Jerry Smit* |
| Peter E. Borkon | peterb@hbsslaw.com | *Plaintiff Jerry Smit* |

I further declare that on June 8, 2011, I served a true and correct copy of the foregoing **NOTICE OF CHANGE IN COUNSEL** on the following attorneys and/or parties, who are not on the list to receive e-mail notices for this case, by placing a true copy thereof enclosed in a sealed envelope, addressed as shown below, affixing proper first class postage, and depositing the envelope in the United States Mail at San Francisco, California, in accordance with Berman DeValerio's ordinary business practices:

> Marc J. Gross
> **GREENBAUM ROWE SMITH & DAVIS LLP**
> 75 Livingston Street, Suite 301
> Roseland, NJ 07068-3701
>
> Bryan D. Plocker
> **GREENBAUM ROWE SMITH & DAVIS LLP**
> Metro Corporate Campus One
> 99 Wood Avenue South
> Iselin, NJ 08830-2712
>
> *Attorneys for Plaintiff Northstar Financial Advisors Inc.*

I declare under penalty of penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California, on June 8, 2011.

*[signature]*
Katie P. Umpierre