UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORTHSTAR FINANCIAL ADVISORS, INC., on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>SCHWAB INVESTMENTS; MARIANN BYERWALTER, DONALD F. DORWARD, WILLIAM A. HASLER, ROBERT G. HOLMES, GERALD B. SMITH, DONALD R. STEPHENS, MICHAEL W. WILSEY, CHARLES R. SCHWAB, RANDALL W. MERK, JOSEPH H. WENDER and JOHN F. COGAN, as TRUSTEES OF SCHWAB INVESTMENTS; and CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.,<br><br>Defendants. | Case No. 08-cv-04119 LHK<br><br>[PROPOSED] FINAL JUDGMENT |

WHEREAS, on August 8, 2011, the Court dismissed this case with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED THAT JUDGMENT shall be and is hereby entered against Plaintiff Northstar Financial Advisors, Inc. and in favor of Defendants Schwab Investments; Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, Michael W. Wilsey, Charles R. Schwab, Randall W. Merk, Joseph H. Wender, and John F. Cogan, as Trustees of Schwab Investments; and Charles Schwab Investment Management, Inc.

DATED: August 29, 2011

*/s/ Lucy H. Koh*
The Honorable Lucy H. Koh