ORIGINAL

FILED

2011 SEP -7 A 11: 53

RICHARD W. WIEKING
CLERK, U S DISTRICT COURT

Joseph J. Tabacco, Jr. (75484)
jtabacco@bermandevalerio.com
Christopher Heffelfinger (118058)
cheffelfinger@bermandevalerio.com
Anthony D. Phillips (259688)
aphillips@bermandevalerio.com
**BERMAN DEVALERIO**
One California Street, Suite 900
San Francisco, CA 94111
Telephone: 415.433.3200
Facsimile: 415.433.6382

*Attorneys for Plaintiff Northstar Financial Advisors, Inc.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHSTAR FINANCIAL ADVISORS, INC., on Behalf of Itself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SCHWAB INVESTMENTS; and MARIANN BYERWALTER, DONALD F. DORWARD, WILLIAM A. HASLER, ROBERT G. HOLMES, GERALD B. SMITH, DONALD R. STEPHENS, MICHAEL W. WILSEY, CHARLES R. SCHWAB, RANDALL W. MERK, JOSEPH H. WENDER and JOHN F. COGAN as TRUSTEES OF SCHWAB INVESTMENTS; and CHARLES SCHWAB INVESTMENT MANAGEMENT, INC.,<br><br>Defendants. | Case No. C-08-4119 LHK<br><br>**NOTICE OF APPEAL AND NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**<br><br>Honorable Judge Lucy H. Koh |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Northstar Financial Advisors, Inc., on behalf of itself and of all others similarly situated, appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's orders dated March 2, 2011 (ECF No. 175) and August 8, 2011 (ECF No. 190), and from the Final Judgment dated August 29, 2011 (ECF No. 192) that dismissed all claims asserted by Plaintiff in its Second Amended Class Action

1  Complaint dated September 28, 2010 (ECF No. 127) and Third Amended Class Action
2  Complaint dated March 25, 2011 (ECF No. 181).
3      Per Circuit Rule 3-2, a Representation Statement is attached to this notice.
4  Dated: September 7, 2011              Respectfully submitted:

**BERMAN DEVALERIO**

By: /s/ Anthony D. Phillips
    Anthony D. Phillips (259688)
Joseph J. Tabacco, Jr. (75484)
Christopher Heffelfinger (118058)
One California Street, Suite 900
San Francisco, CA 94111
Telephone: 415.433.3200
Facsimile: 415.433.6382

**Local Counsel**

Robert C. Finkel (admitted *pro hac vice*)
**WOLF POPPER LLP**
845 Third Avenue
New York, New York 10022
Telephone: 212.759.4600
Facsimile: 212.486.2093

Marc J. Gross (admitted *pro hac vice*)
**GREENBAUM ROWE SMITH & DAVIS LLP**
75 Livingston Street, Suite 301
Roseland, NJ 07068
Telephone: 973.535.1600
Facsimile: 973.535.1698

*Attorneys for Plaintiff Northstar Financial Advisors, Inc.*

# RULE 3-2 REPRESENTATION STATEMENT

Plaintiff-Appellant in this action, Northstar Financial Advisors, Inc., on behalf of itself and all others similarly situated, is represented by the following counsel:

**WOLF POPPER LLP**
Robert C. Finkel
845 Third Avenue
New York, NY 10022
Telephone: 212.759.4600
Facsimile: 212.486.2093

**BERMAN DEVALERIO**
Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
Anthony D. Phillips
One California Street, Suite 900
San Francisco, CA 94111
Telephone: 415.433.3200
Facsimile: 415.433.6382

**GREENBAUM ROWE SMITH & DAVIS LLP**
Marc J. Gross
75 Livingston Street, Suite 301
Roseland, NJ 07068
Telephone: 973.535.1600
Facsimile: 973.535.1698

Defendants-Appellees, Schwab Investments, Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, Michael W. Wilsey, Charles R. Schwab, Randall W. Merk, Joseph H. Wender, and John F. Cogan, as Trustees of Schwab Investments, and Charles Schwab Investment Management, Inc., are represented by the following counsel:

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Richard A. Schirtzer
865 Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: 213.443.3000
Facsimile: 213.443.3100

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Karin Kramer
Patrick Doolittle
Arthur M. Roberts
50 California Street, 22nd Floor
San Francisco, CA 94111-4788
Telephone: 415.875.6600
Facsimile: 415.875.6700

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611010325
Cashier ID: harwellt
Transaction Date: 09/07/2011
Payer Name: Berman Devalerio Pease
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Northstar Financial Advisors,
 Case/Party: D-CAN-5-08-CV-004119-001
 Amount:         $455.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 11818
 Amt Tendered: $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

Case # 08-4119-LHK

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```