UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORTHSTAR FINANCIAL ADVISORS INC., et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>SCHWAB INVESTMENTS, et al.,<br><br>        Defendants. | Case No. 08-CV-04119-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorneys:  Christopher Hettelfinger, Robert Finkel
Defendants' Attorneys:  Joshua Hess, Matthew Larrabee, Patrick Doolittle, Brian Raphel[1]

    A case management conference was held on October 14, 2015.  A further case management conference is set for February 25, 2016, at 1:30 p.m.  The parties shall file their joint case management statement by February 18, 2016.

    During the case management conference, Defendants stated that they would file a motion for judgment on the pleadings, pursuant to Federal Rule of Civil Procedure 12(c).  This motion shall be filed no later than November 4, 2015, and shall not exceed ten pages in length.  Plaintiff's opposition shall be filed no later than November 18, 2015, and shall not exceed ten pages in length.  Defendant's reply shall be filed no later than November 25, 2015, and shall not exceed

---

[1] Mr. Raphel did not file a notice of appearance prior to the case management conference.  Mr. Raphel shall file a notice of appearance by October 15, 2015.

1

seven pages in length.  The motion is scheduled for hearing on February 25, 2016, at 1:30 p.m.

In light of this motion, the deadline to complete mediation is hereby continued to March 15, 2016.  The case schedule otherwise remains as set.  For the convenience of the parties, the case schedule is as follows:

| Scheduled Event | Date |
| --- | --- |
| Further Case Management Conference | February 25, 2016, at 1:30 p.m. |
| Deadline to Complete Mediation | March 15, 2015 |
| Last Day to File Motion for Class Certification | Motion: January 21, 2016<br>Opp'n: February 25, 2016<br>Reply: March 24, 2016 |
| Class Certification Hearing | April 21, 2016, at 1:30 p.m. |
| Close of Fact Discovery | August 15, 2016 |
| Length of Trial | 15 days |

**IT IS SO ORDERED.**

Dated:  October 14, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No. 08-CV-04119-LHK
CASE MANAGEMENT ORDER