# HALL DECLARATION
# EXHIBIT A

October 21, 2015

*Northstar Financial Advisor, Inc.*
*46 Beachmont Terrace*
*North Caldwell, NJ 07006*
*Telephone (973) 228-9330*
*Fax (973) 228-7456*
*http //www.nfai.com*
*E-mail northstar@nfai.com*

## Security Reconciliation Report
All Dates

Odessa IRA Hall     Acct #:
Odessa Hall IRA

| Trade Date | Activity | Quantity | Principal Amount | Net Proceeds | Total Fees | Unit Cost | Cost Basis |
|---|---|---|---|---|---|---|---|
| **Mutual Funds** | | | | | | | |
| **SCHWAB TOTAL BOND MKT INDX (SWLBX)** | | | | | | | |
| 08/02/2002 | Buy | 14,011.799 | 142,500.00 | | 0.00 | 10.17 | 142,500.00 |
| 08/30/2002 | Dividend | 46.715 | 477.43 | | | 10.22 | 477.43 |
| 09/30/2002 | Dividend | 43.213 | 447.25 | | | 10.35 | 447.25 |
| 10/31/2002 | Dividend | 47.821 | 489.69 | | | 10.24 | 489.69 |
| 11/29/2002 | Dividend | 46.322 | 472.95 | | | 10.21 | 472.95 |
| 12/13/2002 | Short Gain | 84.02 | 857.00 | | | 10.20 | 857.00 |
| 12/13/2002 | Long Gain | 41.405 | 422.33 | | | 10.20 | 422.33 |
| 12/31/2002 | Dividend | 44.277 | 456.50 | | | 10.31 | 456.50 |
| 01/31/2003 | Dividend | 45.183 | 465.39 | | | 10.30 | 465.39 |
| 02/28/2003 | Dividend | 37.279 | 388.45 | | | 10.42 | 388.45 |
| 03/31/2003 | Dividend | 38.728 | 402.00 | | | 10.38 | 402.00 |
| 04/30/2003 | Dividend | 39.587 | 413.29 | | | 10.44 | 413.29 |
| 05/30/2003 | Dividend | 41.799 | 443.49 | | | 10.61 | 443.49 |
| 06/30/2003 | Dividend | 40.143 | 423.51 | | | 10.55 | 423.51 |
| 07/31/2003 | Dividend | 46.212 | 469.51 | | | 10.16 | 469.51 |
| 08/29/2003 | Dividend | 47.585 | 485.37 | | | 10.20 | 485.37 |
| 09/30/2003 | Dividend | 42.06 | 439.53 | | | 10.45 | 439.53 |
| 10/31/2003 | Dividend | 43.674 | 451.59 | | | 10.34 | 451.59 |
| 11/28/2003 | Dividend | 37.236 | 384.28 | | | 10.32 | 384.28 |
| 12/12/2003 | Long Gain | 275.844 | 2,769.47 | | | 10.04 | 2,769.47 |
| 12/12/2003 | Short Gain | 237.821 | 2,387.72 | | | 10.04 | 2,387.72 |
| 12/31/2003 | Dividend | 44.295 | 444.72 | | | 10.04 | 444.72 |
| 01/30/2004 | Dividend | 42.09 | 424.69 | | | 10.09 | 424.69 |
| 02/27/2004 | Non-Qualified Dividend | 38.121 | 387.31 | | | 10.16 | 387.31 |
| 03/31/2004 | Non-Qualified Dividend | 41.804 | 427.24 | | | 10.22 | 427.24 |
| 04/30/2004 | Non-Qualified Dividend | 44.264 | 440.43 | | | 9.95 | 440.43 |
| 05/06/2004 | Sell | (410) | 4,054.90 | 4,054.90 | 0.00 | | (4,169.70) |
| 05/28/2004 | Non-Qualified Dividend | 38.897 | 384.30 | | | 9.88 | 384.30 |
| 06/30/2004 | Non-Qualified Dividend | 39.118 | 388.05 | | | 9.92 | 388.05 |
| 07/30/2004 | Non-Qualified Dividend | 42.999 | 429.56 | | | 9.99 | 429.56 |
| 08/31/2004 | Non-Qualified Dividend | 39.488 | 400.80 | | | 10.15 | 400.80 |
| 09/30/2004 | Non-Qualified Dividend | 38.189 | 387.62 | | | 10.15 | 387.62 |
| 10/29/2004 | Non-Qualified Dividend | 40.945 | 417.64 | | | 10.20 | 417.64 |
| 11/30/2004 | Non-Qualified Dividend | 41.299 | 417.12 | | | 10.10 | 417.12 |
| 12/10/2004 | Short Gain | 102.914 | 1,035.31 | | | 10.06 | 1,035.31 |
| 12/10/2004 | Long Gain | 78.358 | 788.28 | | | 10.06 | 788.28 |
| 12/31/2004 | Non-Qualified Dividend | 47.542 | 477.80 | | | 10.05 | 477.80 |
| 01/31/2005 | Non-Qualified Dividend | 41.497 | 418.70 | | | 10.09 | 418.70 |
| 02/28/2005 | Non-Qualified Dividend | 41.138 | 411.79 | | | 10.01 | 411.79 |
| 03/31/2005 | Non-Qualified Dividend | 47.869 | 475.82 | | | 9.94 | 475.82 |
| 04/18/2005 | Sell | (59.88) | 600.00 | 600.00 | 0.00 | | (608.98) |
| 04/29/2005 | Non-Qualified Dividend | 51.12 | 513.24 | | | 10.04 | 513.24 |
| 05/31/2005 | Non-Qualified Dividend | 51.009 | 515.19 | | | 10.10 | 515.19 |
| 06/30/2005 | Dividend | 51.363 | 519.79 | | | 10.12 | 519.79 |
| 07/29/2005 | Dividend | 51.365 | 514.16 | | | 10.01 | 514.16 |
| 08/31/2005 | Dividend | 53.179 | 537.11 | | | 10.10 | 537.11 |
| 09/30/2005 | Dividend | 58.91 | 587.92 | | | 9.98 | 587.92 |
| 10/31/2005 | Dividend | 57.493 | 566.88 | | | 9.86 | 566.88 |
| 11/30/2005 | Dividend | 63.018 | 621.36 | | | 9.86 | 621.36 |
| 12/16/2005 | Short Gain | 45.014 | 443.84 | | | 9.86 | 443.84 |

## Security Reconciliation Report
All Dates

Odessa IRA Hall    Acct #:

| Trade Date | Activity | Quantity | Principal Amount | Net Proceeds | Total Fees | Unit Cost | Cost Basis |
|---|---|---|---|---|---|---|---|
| **Mutual Funds** | | | | | | | |
| **SCHWAB TOTAL BOND MKT INDX (SWLBX)** | | | | | | | |
| 12/30/2005 | Dividend | 66.223 | 654.95 | | | 9.89 | 654.95 |
| 01/12/2006 | Sell | (40) | 396.00 | 396.00 | 0.00 | | (406.80) |
| 01/31/2006 | Dividend | 56.387 | 555.98 | | | 9.86 | 555.98 |
| 02/28/2006 | Dividend | 60.204 | 593.01 | | | 9.85 | 593.01 |
| 03/31/2006 | Dividend | 74.857 | 727.61 | | | 9.72 | 727.61 |
| 04/17/2006 | Sell | (125) | 1,208.75 | 1,208.75 | 0.00 | | (1,271.25) |
| 04/28/2006 | Dividend | 61.964 | 598.57 | | | 9.66 | 598.57 |
| 05/31/2006 | Dividend | 69.424 | 667.16 | | | 9.61 | 667.16 |
| 06/30/2006 | Dividend | 76.111 | 729.90 | | | 9.59 | 729.90 |
| 07/12/2006 | Sell | (110) | 1,056.00 | 1,056.00 | 0.00 | | (1,118.70) |
| 07/31/2006 | Dividend | 66.428 | 642.36 | | | 9.67 | 642.36 |
| 08/31/2006 | Dividend | 70.016 | 683.36 | | | 9.76 | 683.36 |
| 09/29/2006 | Dividend | 72.352 | 709.05 | | | 9.80 | 709.05 |
| 10/16/2006 | Sell | (120) | 1,170.00 | 1,170.00 | 0.00 | | (1,220.40) |
| 10/31/2006 | Dividend | 68.137 | 669.79 | | | 9.83 | 669.79 |
| 11/30/2006 | Dividend | 70.54 | 698.35 | | | 9.90 | 698.35 |
| 12/29/2006 | Dividend | 76.507 | 752.83 | | | 9.84 | 752.83 |
| 01/31/2007 | Dividend | 70.079 | 686.77 | | | 9.80 | 686.77 |
| 02/28/2007 | Dividend | 68.419 | 678.03 | | | 9.91 | 678.03 |
| 03/30/2007 | Dividend | 75.181 | 742.04 | | | 9.87 | 742.04 |
| 04/19/2007 | Sell | (75.988) | 750.00 | 750.00 | 0.00 | | (772.80) |
| 04/30/2007 | Dividend | 70.964 | 701.12 | | | 9.88 | 701.12 |
| 05/31/2007 | Dividend | 74.532 | 726.69 | | | 9.75 | 726.69 |
| 06/29/2007 | Dividend | 77.04 | 747.29 | | | 9.70 | 747.29 |
| 07/09/2007 | Sell | (125) | 1,203.75 | 1,203.75 | 0.00 | | (1,271.25) |
| 07/31/2007 | Dividend | 72.823 | 707.11 | | | 9.71 | 707.11 |
| 08/31/2007 | Dividend | 84.628 | 822.58 | | | 9.72 | 822.58 |
| 09/28/2007 | Dividend | 71.947 | 703.64 | | | 9.78 | 703.64 |
| 10/08/2007 | Sell | (122.951) | 1,200.00 | 1,200.00 | 0.00 | | (1,250.41) |
| 10/31/2007 | Dividend | 79.667 | 780.74 | | | 9.80 | 780.74 |
| 11/30/2007 | Dividend | 84.01 | 825.82 | | | 9.83 | 825.82 |
| 12/31/2007 | Dividend | 77.677 | 758.90 | | | 9.77 | 758.90 |
| 01/07/2008 | Sell | (151.822) | 1,500.00 | 1,500.00 | 0.00 | | (1,544.03) |
| 01/31/2008 | Dividend | 75.741 | 746.05 | | | 9.85 | 746.05 |
| 02/29/2008 | Dividend | 78.729 | 769.97 | | | 9.78 | 769.97 |
| 03/31/2008 | Dividend | 70.054 | 660.61 | | | 9.43 | 660.61 |
| 04/01/2008 | Sell | (17,352.021) | 163,456.04 | 163,456.04 | 0.00 | | (175,529.38) |
| 04/30/2008 | Dividend | | 22.90 | | | | |
| | Ending Shares | 0 | | 176,595.44 | | | 0.00 |