1  Joseph J. Tabacco, Jr. (SBN 75484)
   Christopher T. Heffelfinger (SBN 118058)
2  **BERMAN DEVALERIO**
   One California Street, Suite 900
3  San Francisco, CA  94111
   Telephone: (415) 433-3200
4  Facsimile:  (415) 433-6282
   Email: jtabacco@bermandevalerio.com
5         cheffelfinger@bermandevalerio.com

6
   *Attorneys for Plaintiff Northstar Financial Advisors, Inc.*
7
   [Additional Counsel on Signature Page]
8

9                  **UNITED STATES DISTRICT COURT**
                 **NORTHERN DISTRICT OF CALIFORNIA**
10                     **SAN JOSE DIVISION**

11 | NORTHSTAR FINANCIAL ADVISORS,
12 | INC., on behalf of itself and all others   ) Case No. Case No. 5:08-cv-04119-LHK
   | similarly situated,                        )
13 |                                            ) **CLASS ACTION**
   |                                            )
14 |                              Plaintiff,    ) **PLAINTIFF'S NOTICE OF APPEAL AND**
   |                                            ) **NINTH CIRCUIT RULE 3-2**
15 |  v.                                        ) **REPRESENTATION STATEMENT**
   |                                            )
16 | SCHWAB INVESTMENTS; MARIANN                ) Courtroom: 8, 4th Floor, San Jose
   | BYERWALTER, DONALD F.                      ) Judge:  Hon. Lucy H. Koh
17 | DORWARD, WILLIAM A. HASLER,                )
   | ROBERT G. HOLMES, GERALD B.                )
18 | SMITH, DONALD R. STEPHENS,                 )
   | MICHAEL W. WILSEY, CHARLES R.              )
19 | SCHWAB, RANDALL W. MERK,                   )
   | JOSEPH H. WENDER and JOHN F.               )
20 | COGAN, as Trustees of Schwab               )
   | Investments; and CHARLES SCHWAB            )
21 | INVESTMENT MANAGEMENT, INC.,               )
   |                                            )
22 |                              Defendants.   )
   |                                            )

23

24

25

26

27

28

1     PLEASE TAKE NOTICE that plaintiff Northstar Financial Advisors, Inc., on behalf of itself

2   and all others similarly situated, appeals to the United States Court of Appeals for the Ninth Circuit

3   from the following Orders of the United States District Court for the Northern District of California

4   (Hon. Lucy H. Koh presiding):  (1) the Order Granting in Part and Denying in Part Defendants'

5   Motion to Dismiss Fourth Amended Complaint, entered on October 5, 2015 (Dkt. No. 229); (2) the

6   Order Denying Motion for Leave to File Motion for Reconsideration, Granting Motion for Judgment

7   on the Pleadings, and Denying as Moot Motion for Class Certification, entered on February 23, 2016

8   (Dkt. No. 260); and (3) Judgment, entered on February 23, 2016 (Dkt. No. 261).

9     Per Circuit Rule 3-2, a Representation Statement is attached to this notice.

10   Dated: February 25, 2016                          Respectfully submitted,

11                                                     **BERMAN DEVALERIO**

12                                                     By: */s/ Christopher T. Heffelfinger*
13                                                            Christopher T. Heffelfinger

14                                                     Joseph J. Tabacco, Jr.
                                                       One California Street, Suite 900
                                                       San Francisco, CA  94111
15                                                     Telephone: (415) 433-3200
                                                       Facsimile:  (415) 433-6382
16                                                     Email: jtabacco@bermandevalerio.com
                                                              cheffelfinger@bermandevalerio.com
17
                                                       *Local Counsel*
18
                                                       Robert C. Finkel (admitted *pro hac vice*)
19                                                     Joshua W. Ruthizer
                                                       Adam J. Blander
20                                                     **WOLF POPPER LLP**
                                                       845 Third Avenue
21                                                     New York, NY  10022
                                                       Telephone:  (212) 759-4600
22                                                     Email: rfinkel@wolfpopper.com

23                                                     Marc J. Gross (admitted *pro hac vice*)
                                                       Alan S. Naar
24                                                     Jemi G. Lucey
                                                       **GREENBAUM ROWE SMITH &**
                                                       **DAVIS LLP**
25                                                     75 Livingston Street, Suite 301
                                                       Roseland, NJ  07068
26                                                     Telephone:  (973) 535-1600
                                                       Email: mgross@greenbaumlaw.com
27
                                                       ***Attorneys for Plaintiff Northstar Financial***
28                                                     ***Advisors, Inc.***

1    **NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT**

2    Pursuant to Ninth Circuit Rule 3-2 and Fed. R. App. P. 12(b), the following list identifies the

3    parties to the action and the names, addresses and telephone numbers of their respective counsel:

4    1.   Plaintiff-Appellant Northstar Financial Advisors, Inc., on behalf of itself and all others

5    similarly situated, is represented by the following counsel:

6    **BERMAN DEVALERIO**
Joseph J. Tabacco, Jr. (75484)
7    Christopher T. Heffelfinger (118058)
One California Street, Suite 900
8    San Francisco, CA  94111
Telephone:  (415) 433-3200
9    Facsimile:  (415) 433 6382

10   **WOLF POPPER LLP**
Robert C. Finkel
11   Joshua W. Ruthizer
Adam J. Blander
12   845 Third Avenue
New York, NY  10022
13   Telephone:  (212) 759-4600
Facsimile:  (212) 486-2093

14

15   **GREENBAUM ROWE SMITH & DAVIS LLP**
Marc J. Gross
Alan S. Naar
16   Jemi G. Lucey
75 Livingston Street, Suite 301
17   Roseland, NJ  07068
Telephone:  (973) 535-1600
18   Facsimile:  (973) 535-1698

19

20   2.   Defendants-Appellees Schwab Investments; Mariann Byerwaler, Donald F. Dorward,

21   William A. Hasler, Robert G. Holmes, Gerald B. Smith, Donald R. Stephens, Michael W.

22   Wilsey, Charles R. Schwab, Randall W. Merk, Joseph H. Wender, and John F. Cogan, as

23   Trustees of Schwab Investments; and Charles Schwab Investment Management, Inc., are

24   represented by the following counsel:

25   **DECHERT LLP**
Matthew L. Larrabee
26   Joshua D. N. Hess
Brian C. Raphel
27   One Bush Street, Suite 1600
San Francisco, CA 94104
28   Telephone:  (415) 262-4545

3.  Defendants Mariann Byerwalter, Donald F. Dorward, William A. Hasler, Robert G.

Holmes, Gerald B. Smith, Donald R. Stephens, Michael W. Wilsey, Charles R. Schwab,

Randall W. Merk, Joseph H. Wender, and John F. Cogan are also represented by the

following counsel:

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Richard A. Schirtzer
Karin Kramer
Arthur Roberts
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Dated: February 25, 2016                          Respectfully submitted,

                                                  **BERMAN DEVALERIO**


                                                  By: */s/ Christopher T. Heffelfinger*
                                                          Christopher T. Heffelfinger

                                                  Joseph J. Tabacco, Jr.
                                                  One California Street, Suite 900
                                                  San Francisco, CA  94111
                                                  Telephone: (415) 433-3200
                                                  Facsimile:  (415) 433-6382
                                                  Email: jtabacco@bermandevalerio.com
                                                          cheffelfinger@bermandevalerio.com

                                                  *Local Counsel*

                                                  Robert C. Finkel (admitted *pro hac vice*)
                                                  Joshua W. Ruthizer
                                                  Adam J. Blander
                                                  **WOLF POPPER LLP**
                                                  845 Third Avenue
                                                  New York, NY  10022
                                                  Telephone:  (212) 759-4600
                                                  Email: rfinkel@wolfpopper.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Marc J. Gross (admitted *pro hac vice*)
Alan S. Naar
Jemi G. Lucey
**GREENBAUM ROWE SMITH &
DAVIS LLP**
75 Livingston Street, Suite 301
Roseland, NJ  07068
Telephone:  (973) 535-1600
Email: mgross@greenbaumlaw.com

***Attorneys for Plaintiff Northstar Financial
Advisors, Inc.***